**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE KNIFFIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER,<br><br>Defendants. | **CASE No.: 1:19-cv-00678-WHP**<br><br>**MOTION OF JAMES FERRARO AND FERRARO FAMILY FOUNDATION INC. TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |
| KJELL ROJVALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,<br><br>Defendants. | **CASE No.: 1:19-cv-00990-WHP**<br><br>**CLASS ACTION** |

1

|  |  |
|---|---|
| DAVIN M. POKOIK, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,<br><br>        Defendants. | CASE No.: 1:19-cv-02136-WHP<br><br>**CLASS ACTION** |

PLEASE TAKE NOTICE that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiffs James Ferraro and Ferraro Family Foundation Inc. ("Movants") hereby move this Court, the Honorable William H. Pauley, III, United States District Court Judge, on a date and at a time designated by the Court, for an order:

(a)     consolidating the above-captioned related actions;

(b)     appointing Movants to serve as Lead Plaintiffs in this action; and

(c)     approving Movants' selection of The Rosen Law Firm, P.A as Lead Counsel for the litigation.

In support of this Motion, Movants submit: (i) the Memorandum of Law dated March 25, 2019 (and exhibits); and (ii) a [Proposed] Order: (1) Consolidating the Related Actions; (2) Appointing Lead Plaintiffs; and (3) Approving Lead Plaintiffs' Selection of Counsel.

Dated: March 25, 2019             Respectfully submitted,

                             **THE ROSEN LAW FIRM, P.A.**

                             /s/ Phillip Kim
                             Phillip Kim, Esq. (PK 9384)
                             Laurence M. Rosen, Esq. (LR 5733)

2

275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiffs and Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim

4