# EXHIBIT 3

| Micron Technology Loss Chart<br>Class Period: September 26, 2017 through November 19, 2018 | | | | | | | | | | | Lookback<br>Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 35.94508 |
| Ferraro, James | 10/27/2017 | 50,000 | ($40.59) | ($2,029,495.00) | | | | | | | | |
| | 8/16/2018 | 50,000 | ($48.01) | ($2,400,305.00) | | | | | | | | |
| | | 100,000 | | ($4,429,800.00) | | | | | 100,000 | $3,594,508.50 | ($835,291.50) | |
| | | | | | | | | | | | | |
| Ferraro Family Foundation Inc. | 10/26/2017 | 50,000 | ($40.82) | ($2,040,954.45) | | | | | | | | |
| | 8/21/2018 | 17,500 | ($50.10) | ($876,750.00) | | | | | | | | |
| | | 67,500 | | ($2,917,704.45) | | | | | 67,500 | $2,426,293.24 | ($491,411.21) | |
| | | | | | | | | | | | | |
| Total | | | | | | | | | | | ($1,326,702.72) | |