**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER,<br><br>    Defendants. | Case No. 1:19-cv-00678 |
| KJELL ROJVALL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, DAVID A. ZINSNER,<br><br>    Defendants. | Case No. 1:19-cv-00990 |
| DAVIN M. POKOIK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, DAVID A. ZINSNER,<br><br>    Defendants. | Case No. 1:19-cv-02136 |

**NOTICE OF MOTION OF FRANK MOBASSERY FOR**
**(A) CONSOLIDATION OF RELATED CASES,**
**(B) APPOINTMENT AS LEAD PLAINTIFF, AND**
**(C) APPOINTMENT OF LEAD AND LIASON COUNSEL**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable William H. Pauley III, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street, New York, New York 10007, Frank Mobassery ("Mr. Mobassery") will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the related cases; (2) appointing Frank Mobassery as Lead Plaintiff; (3) approving Mr. Mobassery's selection of Block & Leviton LLP as Lead Counsel for the class, and Finkelstein Blankinship Frei-Pearson & Garber LLP as Liaison Counsel; and (4) for any further relief which the Court may deem just and proper.

This Motion is made on the grounds that Mr. Mobassery believes that he is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, Mr. Mobassery believes that he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the significant losses he incurred on his class period transactions of Micron Technology, Inc. common stock. Further, Mr. Mobassery also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Jeffrey L. Block filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Mobassery respectfully requests that the Court: (1) consolidate the related cases; (2) appoint him as Lead Plaintiff pursuant to the PSLRA; (3) approve his selection

of Block & Leviton LLP as Lead Counsel for the Class, and Finkelstein Blankinship Frei-Pearson & Garber LLP as Liaison Counsel; and (4) grant any such further relief as the Court may deem just and proper.

Dated: March 25, 2019                                Respectfully submitted,

                                                     */s/ Greg Blankinship*
                                                     **FINKELSTEIN BLANKINSHIP FREI-PEARSON & GARBER LLP**
                                                     445 Hamilton Ave, Suite 605
                                                     White Plains, NY 10601
                                                     (914) 298-3281 phone
                                                     (914) 824-1561 fax
                                                     gblankinship@fbfblaw.com

                                                     *Attorneys for Mr. Mobassery and*
                                                     *Proposed Liaison Counsel*

                                                     Jeffrey C. Block
                                                     Jacob A. Walker, *pro hac vice* to be filed
                                                     **BLOCK & LEVITON LLP**
                                                     155 Federal Street, Suite 400
                                                     Boston, MA 02110
                                                     (617) 398-5600 phone
                                                     (617) 507-6020 fax
                                                     jeff@blockesq.com
                                                     jake@blockesq.com

                                                     *Attorneys for Mr. Mobassery and*
                                                     *Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Greg Blankinship*
Greg Blankinship