**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER,<br><br>        Defendants. | Case No. 1:19-cv-00678 |
| KJELL ROJVALL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, DAVID A. ZINSNER,<br><br>        Defendants. | Case No. 1:19-cv-00990 |
| DAVIN M. POKOIK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, DAVID A. ZINSNER,<br><br>        Defendants. | Case No. 1:19-cv-02136 |

**[PROPOSED] ORDER GRANTING THE MOTION OF FRANK MOBASSERY FOR**
**(A) CONSOLIDATION OF RELATED CASES,**
**(B) APPOINTMENT AS LEAD PLAINTIFF, AND**
**(C) APPOINTMENT OF LEAD AND LIASON COUNSEL**

Before this Court is the Motion of Frank Mobassery to: (1) consolidate related cases; (2) be appointed as Lead Plaintiff; and (3) approve his selection of Lead and Liaison Counsel (the "Motion").

The Court, having considered the Motion, finds that said Motion is well taken and, accordingly, it is hereby

ORDERED that the Motion is GRANTED:

(a) the above captioned cases are hereby consolidated; (b) Frank Mobassery is hereby appointed as Lead Plaintiff for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and (c) Block & Leviton LLP is hereby approved as Lead Counsel and Finkelstein Blankinship Frei-Pearson & Garber LLP is approved as Liaison Counsel for the putative Class pursuant to the PSLRA.

Signed this _____ day of _____, 2019.

_____
THE HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT COURT JUDGE