**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, Individually and on behalf of all others similarly situated, | Case No. 1:19-cv-00678-WHP |
| Plaintiff, | CLASS ACTION |
| v. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, and DAVID A. ZINSNER, | |
| Defendants. | |
| KJELL ROJVALL, Individually and on behalf of all others similarly situated, | Case No. 1:19-cv-00990-WHP |
| Plaintiff, | CLASS ACTION |
| v. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER, | |
| Defendants. | |

*Captions continued on next page.*

**NOTICE OF THE MOTION OF THE STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND, FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

| | |
|---|---|
| DAVID M. POKOIK, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,<br><br>    Defendants. | Case No. 1:19-cv-02136-WHP<br><br>CLASS ACTION |

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable William H. Pauley III, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 20B, New York, New York 10007, the State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island"), will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Rhode Island as Lead Plaintiff in the above-captioned related securities class actions; (2) approving its selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the Class; (3) consolidating all related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"); and (4) for any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Rhode Island believes it is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, Rhode Island believes that it has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $1.66 million in losses when calculated on a first-in, first-out basis, and approximately $1.23 million in losses when calculated on a last-in, first-out basis, which it incurred on its purchases of approximately 130,000 shares of Micron Technology, Inc. common stock. Further, Rhode Island also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class. Moreover, Rhode Island is a paradigmatic Lead Plaintiff under the PSLRA because it is a sophisticated

institutional investor with a substantial financial interest in the litigation, which guarantees effective monitoring and supervision of counsel.

Rhode Island respectfully requests oral argument.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Avi Josefson filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Rhode Island respectfully requests that the Court: (1) appoint it as Lead Plaintiff pursuant to the PSLRA; (2) approve its selection of Bernstein Litowitz as Lead Counsel for the Class; (3) consolidate all related securities class actions under Rule 42(a); and (4) grant any such further relief as the Court may deem just and proper.

Dated:  March 25, 2019

Respectfully Submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Avi Josefson*
Avi Josefson
Michael D. Blatchley
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
avi@blbglaw.com
michaelb@blbglaw.com

*Counsel for Proposed Lead Plaintiff the State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and Proposed Lead Counsel for the Class*