**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, Individually and on behalf of all others similarly situated, | Case No. 1:19-cv-00678-WHP |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, and DAVID A. ZINSNER, | |
| Defendants. | |
| KJELL ROJVALL, Individually and on behalf of all others similarly situated, | Case No. 1:19-cv-00990-WHP |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER, | |
| Defendants. | |

*Captions continued on next page.*

**DECLARATION OF AVI JOSEFSON IN SUPPORT OF THE MOTION OF THE STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND, FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

|  |  |
| --- | --- |
| DAVID M. POKOIK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,<br><br>Defendants. | Case No. 1:19-cv-02136-WHP<br><br>CLASS ACTION |

I, Avi Josefson, declare as follows:

1.      I am a member in good standing of the bars of the State of New York and of this Court and am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I submit this declaration in support of the Motion filed by the State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island"), for: (1) appointment as Lead Plaintiff in the above-captioned related securities class actions; (2) approval of its selection of Bernstein Litowitz as Lead Counsel for the Class; (3) consolidation of all related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits 1 through 5 are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT 1: | Certification of Rhode Island; |
| EXHIBIT 2: | Charts of transactions and losses of Rhode Island; |
| EXHIBIT 3: | Notice of pendency of *Kniffin v. Micron Technology, Inc.*, No. 1:19-cv-00678-WHP (S.D.N.Y.), published on January 23, 2019; |
| EXHIBIT 4: | Notice of pendency of *Rojvall v. Micron Technology, Inc.*, No. 1:19-cv-00990-WHP (S.D.N.Y.), published on January 31, 2019; and |
| EXHIBIT 5: | Firm Résumé of Bernstein Litowitz. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of March 2019.

*/s/ Avi Josefson*
Avi Josefson