# EXHIBIT 1

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Amy L. Crane, on behalf of the Employees' Retirement System of the State of Rhode Island ("Rhode Island"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the General Counsel for the State of Rhode Island Office of the General Treasurer and am fully authorized to enter into and execute this Certification on behalf of Rhode Island. I have reviewed a complaint filed in this matter. Rhode Island has authorized the filing of this motion for appointment as lead plaintiff.

2. Rhode Island did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Rhode Island is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Rhode Island fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Rhode Island's transactions in the Micron Technology, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Rhode Island has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Erber v. The Williams Companies, Inc.*, No. 16-cv-131 (N.D. Okla.)
    *Edgar v. Anadarko Petroleum Corp.*, No. 17-cv-1372 (S.D. Tex.)
    *In re Alphabet, Inc. Securities Litigation*, No. 18-cv-6245 (N.D. Cal.)

6. Rhode Island will not accept any payment for serving as a representative party on behalf of the Class beyond Rhode Island's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22ⁿᵈ day of March, 2019.

Amy L. Crane
General Counsel
State of Rhode Island Office of the General Treasurer
*Employees' Retirement System of the State of Rhode Island*

**Employees' Retirement System of the State of Rhode Island**
**Transactions in Micron Technology, Inc.**

| Transaction | Date | Shares | Price |
| --- | --- | --- | --- |
| Purchase | 12/20/2017 | 52,600 | 45.8588 |
| Purchase | 12/20/2017 | 3,600 | 45.7500 |
| Purchase | 12/20/2017 | 2,400 | 45.7500 |
| Purchase | 7/19/2018 | 598 | 56.1616 |
| Purchase | 7/31/2018 | 54,200 | 52.7900 |
| Purchase | 9/28/2018 | 9,100 | 45.2300 |
| Purchase | 9/28/2018 | 1,100 | 45.2300 |
| Purchase | 9/28/2018 | 5,500 | 45.2300 |
| Purchase | 9/28/2018 | 800 | 45.2300 |
| Sale | 12/8/2017 | (3,600) | 43.2150 |
| Sale | 3/29/2018 | (1,900) | 52.1400 |
| Sale | 3/29/2018 | (5,500) | 52.1400 |
| Sale | 6/29/2018 | (17,910) | 52.7769 |
| Sale | 10/16/2018 | (600) | 43.2100 |