# EXHIBIT 2

**Rhode Island**
**FIFO Loss in Micron Technology, Inc. (MU)**
Class Period: 09/26/17 - 11/19/18
Cusip: 595112103
Retained share price: $35.9598 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 29,592 | | | Sale | 12/8/2017 | (3,600) | 43.2150 | ($155,574.00) |
| | | | | | Sale | 3/29/2018 | (1,900) | 52.1400 | ($99,066.00) |
| | | | | | Sale | 3/29/2018 | (5,500) | 52.1400 | ($286,770.00) |
| | | | | | Sale | 6/29/2018 | (17,910) | 52.7769 | ($945,234.28) |
| | | | | | Sale | 10/16/2018 | (600) | 43.2100 | ($25,926.00) |
| | | | | | | | (29,510) | | ($1,512,570.28) |
| | | | | | | | | | |
| Purchase | 12/20/2017 | 52,600 | 45.8588 | $2,412,172.88 | | | | | |
| Purchase | 12/20/2017 | 3,600 | 45.7500 | $164,700.00 | | | | | |
| Purchase | 12/20/2017 | 2,400 | 45.7500 | $109,800.00 | | | | | |
| Purchase | 7/19/2018 | 598 | 56.1616 | $33,584.64 | | | | | |
| Purchase | 7/31/2018 | 54,200 | 52.7900 | $2,861,218.00 | | | | | |
| Purchase | 9/28/2018 | 9,100 | 45.2300 | $411,593.00 | | | | | |
| Purchase | 9/28/2018 | 1,100 | 45.2300 | $49,753.00 | | | | | |
| Purchase | 9/28/2018 | 5,500 | 45.2300 | $248,765.00 | | | | | |
| Purchase | 9/28/2018 | 800 | 45.2300 | $36,184.00 | Retained | | (129,898) | 35.9598 | ($4,671,110.43) |
| | | 129,898 | | $6,327,770.52 | | | (129,898) | | ($4,671,110.43) |

**FIFO Loss    ($1,656,660.09)**

**Rhode Island**
**LIFO Loss in Micron Technology, Inc. (MU)**
Class Period: 09/26/17 - 11/19/18
Cusip: 595112103
Retained share price: $35.9598 (11/19/18 - 02/15/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 29,592 | | | Sale | 12/8/2017 | (3,600) | 43.2150 | ($155,574.00) |
| | | | | | | | (3,600) | | ($155,574.00) |
| | | | | | | | | | |
| Purchase | 12/20/2017 | 52,600 | 45.8588 | $2,412,172.88 | | | | | |
| Purchase | 12/20/2017 | 3,600 | 45.7500 | $164,700.00 | | | | | |
| Purchase | 12/20/2017 | 2,400 | 45.7500 | $109,800.00 | | | | | |
| Purchase | 7/19/2018 | 598 | 56.1616 | $33,584.64 | Sale | 3/29/2018 | (1,900) | 52.1400 | ($99,066.00) |
| Purchase | 7/31/2018 | 54,200 | 52.7900 | $2,861,218.00 | Sale | 3/29/2018 | (5,500) | 52.1400 | ($286,770.00) |
| Purchase | 9/28/2018 | 9,100 | 45.2300 | $411,593.00 | Sale | 6/29/2018 | (17,910) | 52.7769 | ($945,234.28) |
| Purchase | 9/28/2018 | 1,100 | 45.2300 | $49,753.00 | Sale | 10/16/2018 | (600) | 43.2100 | ($25,926.00) |
| Purchase | 9/28/2018 | 5,500 | 45.2300 | $248,765.00 | | | | | |
| Purchase | 9/28/2018 | 800 | 45.2300 | $36,184.00 | Retained | | (103,988) | 35.9598 | ($3,739,391.15) |
| | | 129,898 | | $6,327,770.52 | | | (129,898) | | ($5,096,387.43) |

| | | |
|---|---|---|
| | **LIFO Loss** | **($1,231,383.09)** |