# EXHIBIT 3

Wire: Market News Publishing (CMN) Date: Jan 23 2019  21:27:23
MU US: Securities Class Action Filed Against Micron Technology

MICRON TECHNOLOGY INC ("MU-Q")
- Securities Class Action Filed Against Micron Technology Inc. by
- Block & Leviton LLP; Shareholders Are Encouraged to Contact the Firm

      Block & Leviton LLP (www.blockesq.com), a Boston based securities
litigation firm representing investors nationwide, informs investors
that it has filed a securities fraud class action against Micron
Technology Inc. ("Micron Technology" or the "Company") (NASDAQ: MU)
and certain of its officers alleging violations of the federal
securities laws. Class members interested in serving as lead plaintiff
are required to move for appointment by March 25, 2019, and are
encouraged to contact Block & Leviton LLP to learn more.

      The Complaint filed in the United States District Court, Southern
District of New York, located at 500 Pearl Street, New York, NY 10007,
and captioned Kniffin v. Micron Technology Inc., Case No. 19-cv-00678
alleges that throughout the Class Period the Defendants misled
investors by failing to disclose that Micron Technology was engaged in
a price-fixing conspiracy with Samsung Electronics and SK Hynix, and
that such unlawful behavior could lead to severe sanctions against the
Company. A judge has not yet been assigned to the case.

      If you have purchased or otherwise acquired Micron Technology
securities and have questions about your legal rights, or possess
information relevant to this investigation, you are encouraged to
contact Block & Leviton LLP at (617) 398-5660, by email at
info@blockesq.com, or by visiting http://shareholder.law/micron.

      Block & Leviton LLP was recently ranked 4th among securities
litigation firms by ISS for recoveries in 2017. The firm represents
many of the nation's largest institutional investors and numerous
individual investors in securities litigation throughout the country.
Indeed, its lawyers have recovered billions of dollars for its
clients.

      This notice may constitute attorney advertising.

BLOCK & LEVITON LLP
(617) 398-5660 phone
155 Federal Street, Suite 400
Boston, MA 02110
info@blockesq.com


                    _____
        _____

        04550195CTL1902202787-18261020190123

        _____
          (c)2019 Market News Publishing Inc.  All rights reserved.
       Toronto:(416)366-8881   Vancouver:(604)689-1101   Fax:(604)689-1106

Provider ID: 04550195
-0- Jan/24/2019  2:27 GMT

------------------------------=======================------------------------
                        Copyright (c) 2019

############################# END OF STORY 1 #############################