# EXHIBIT 4

Wire: Business Wire (BUS) Date: Jan 31 2019  21:42:00
Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Micron
Technology, Inc., Advising Investors of Expanded

Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of
Micron Technology, Inc., Advising Investors of Expanded Class Period (MU)

Business Wire

LOS ANGELES -- January 31, 2019

Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action
lawsuit in the United States District Court for the Southern District of New
York, captioned Rojvall v. Micron Technology, Inc.  et al., (Case No.
1:19-cv-00990), on behalf of persons and entities that purchased or otherwise
acquired Micron Technology, Inc. (NASDAQ: MU) ("Micron" or the "Company")
securities between September 26, 2017 and November 19, 2018, inclusive (the
"Class Period"). Plaintiff pursues claims under the Securities Exchange Act of
1934 (the "Exchange Act").

Investors are hereby notified that they have until March 25, 2019 to move the
Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On November 19, 2018, the Financial Times reported that Chinese investigators
found "massive evidence" of anti-competitive behavior by Micron and two other
companies. On this news, Micron's share price fell $2.61 per share, nearly 7%,
to close at $36.83 per share on November 19, 2018, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class
Period, Defendants made materially false and/or misleading statements, as well
as failed to disclose material adverse facts about the Company's business,
operations, and prospects. Specifically, Defendants failed to disclose to
investors: (1) that the Company engaged in anti-competitive behavior,
including artificially restricting supply growth of DRAM; (2) that these
anti-competitive efforts were reasonably likely to lead to regulatory
scrutiny; (3) that the Company's anti-competitive efforts artificially boosted
its operating metrics; (4) that, as a result, the Company's financial
performance, including revenue, was overstated; and (5) that, as a result of
the foregoing, Defendants' positive statements about the Company's business,
operations, and prospects were materially misleading and/or lacked a
reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Micron securities during the Class Period, you may move the
Court no later than March 25, 2019 to ask the Court to appoint you as lead
plaintiff. To be a member of the Class you need not take any action at this
time; you may retain counsel of your choice or take no action and remain an
absent member of the Class. If you wish to learn more about this action, or if
you have any questions concerning this announcement or your rights or
interests with respect to these matters, please contact Lesley Portnoy,
Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California
90067 at 310-201-9150, Toll-Free at 888-773-9224, by email
to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If
you inquire by email please include your mailing address, telephone number and
number of shares purchased.

This press release may be considered Attorney Advertising in some
jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20190131006017/en/

Contact:

Glancy Prongay & Murray LLP, Los Angeles
Lesley Portnoy, 310-201-9150 or 888-773-9224
www.glancylaw.com
shareholders@glancylaw.com

-0- Feb/01/2019 02:42 GMT

```
-------------------------------==================================-------------------------------
                              Copyright (c) 2019
```

############################## END OF STORY 1 ##############################