**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER,<br><br>     Defendants. | Case No. 1:19-cv-00678 |
| KJELL ROJVALL, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, DAVID A. ZINSNER,<br><br>     Defendants. | Case No. 1:19-cv-00990 |
| DAVIN M. POKOIK, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, DAVID A. ZINSNER,<br><br>     Defendants. | Case No. 1:19-cv-02136 |

**DECLARATION OF JEFFREY C. BLOCK**
**IN SUPPORT OF FRANK MOBASSERY'S MOTION FOR**
**(A) CONSOLIDATION OF RELATED CASES,**
**(B) APPOINTMENT AS LEAD PLAINTIFF, AND**
**(C) APPOINTMENT OF LEAD AND LIASON COUNSEL**

Jeffrey C. Block declares, under penalty of perjury:

1.      I am a partner with the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Frank Mobassery for appointment as lead plaintiff, and approval of selection of counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of a press release entitled "Securities Class Action Filed Against Micron Technology Inc. by Block & Leviton LLP; Shareholders Are Encouraged to Contact the Firm" issued on January 23, 2019 via GlobeNewswire.

3.      Attached hereto as Exhibit B is a copy of Mr. Mobassery's certification which states, among other things, that Mr. Mobassery is willing to serve as a representative plaintiff on behalf of the class.

4.      Attached hereto as Exhibit C is a chart reflecting Mr. Mobassery's losses in the relevant security.

6.      Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.

7.      Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Finkelstein Blankinship Frei-Pearson & Garber LLP, proposed Liaison Counsel.

Dated: March 25, 2019                          /s/ Jeffrey C. Block
                                                         Jeffrey C. Block

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Greg Blankinship*
Greg Blankinship