# Exhibit C

**FIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 09/26/2017 |
| Frank Mobassery (Micron) v3 | Class Period End: 11/19/2018 |
| First-In First-Out("FIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 11/20/2018 |
| Security: 595112103 | Lookback Period End: 02/18/2019 |
| Class Period: September 26,2017 - November 19,2018 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 35.88 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 221,700.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| Pre-CP Holdings | | 500.0000 | | | Sale | 02/05/2018 | 500.0000 | 39.93 | 19,965.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 25.0000 | | | Sale | 07/06/2018 | 25.0000 | 53.16 | 1,329.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 79.0000 | | | Sale | 07/06/2018 | 79.0000 | 53.16 | 4,199.64 | 0.00 | 0.00 |
| Pre-CP Holdings | | 91.0000 | | | Sale | 07/06/2018 | 91.0000 | 53.16 | 4,837.56 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 200.0000 | | | Sale | 07/06/2018 | 200.0000 | 53.16 | 10,632.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 200.0000 | | | Sale | 07/06/2018 | 200.0000 | 53.16 | 10,632.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 5.0000 | | | Sale | 07/06/2018 | 5.0000 | 53.17 | 265.85 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.17 | 5,317.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.17 | 5,317.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.17 | 5,317.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.17 | 5,317.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 07/06/2018 | 100.0000 | 53.17 | 5,317.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 200.0000 | | | Sale | 07/06/2018 | 200.0000 | 53.17 | 10,634.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 6,000.0000 | | | Sale | 09/11/2018 | 6,000.0000 | 43.34 | 260,040.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 822.0000 | | | Sale | 09/12/2018 | 822.0000 | 41.72 | 34,293.84 | 0.00 | 0.00 |
| Pre-CP Holdings | | 4,178.0000 | | | Sale | 09/12/2018 | 4,178.0000 | 41.72 | 174,306.57 | 0.00 | 0.00 |
| Pre-CP Holdings | | 1,470.0000 | | | Sale | 10/24/2018 | 1,470.0000 | 36.72 | 53,978.40 | 0.00 | 0.00 |
| Pre-CP Holdings | | 2,500.0000 | | | Sale | 10/25/2018 | 2,500.0000 | 36.59 | 91,475.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 5,900.0000 | | | Sale | 10/26/2018 | 5,900.0000 | 35.37 | 208,683.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 2,000.0000 | | | Sale | 10/26/2018 | 2,000.0000 | 35.37 | 70,740.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 10/26/2018 | 100.0000 | 35.37 | 3,537.50 | 0.00 | 0.00 |
| Pre-CP Holdings | | 4,233.0000 | | | Sale | 10/29/2018 | 4,233.0000 | 34.22 | 144,853.26 | 0.00 | 0.00 |
| Pre-CP Holdings | | 5,367.0000 | | | Sale | 10/29/2018 | 5,367.0000 | 34.23 | 183,712.41 | 0.00 | 0.00 |
| Pre-CP Holdings | | 400.0000 | | | Sale | 10/29/2018 | 400.0000 | 34.23 | 13,692.40 | 0.00 | 0.00 |
| Pre-CP Holdings | | 6,000.0000 | | | Sale | 10/29/2018 | 6,000.0000 | 34.26 | 205,560.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 9,000.0000 | | | Sale | 10/29/2018 | 9,000.0000 | 34.34 | 309,060.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 10,000.0000 | | | Sale | 10/29/2018 | 10,000.0000 | 34.51 | 345,100.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 5,000.0000 | | | Sale | 10/29/2018 | 5,000.0000 | 34.51 | 172,550.50 | 0.00 | 0.00 |
| Pre-CP Holdings | | 5,000.0000 | | | Sale | 10/29/2018 | 5,000.0000 | 34.54 | 172,700.00 | 0.00 | 0.00 |
| **1A. Total** | | **70,470.0000** | | | | | **70,470.0000** | | **2,570,574.93** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| Pre-CP Holdings | | 4,814.0000 | | | Sale | 11/20/2018 | 4,814.0000 | 34.45 | 165,842.30 | 0.00 | 0.00 |
| Pre-CP Holdings | | 3,000.0000 | | | Sale | 11/20/2018 | 3,000.0000 | 34.46 | 103,380.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 2,186.0000 | | | Sale | 11/20/2018 | 2,186.0000 | 34.47 | 75,351.42 | 0.00 | 0.00 |
| Pre-CP Holdings | | 6,000.0000 | | | Sale | 11/20/2018 | 6,000.0000 | 34.48 | 206,880.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 11/20/2018 | 100.0000 | 34.64 | 3,464.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 11/20/2018 | 100.0000 | 34.64 | 3,464.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 100.0000 | | | Sale | 11/20/2018 | 100.0000 | 34.64 | 3,464.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 300.0000 | | | Sale | 11/20/2018 | 300.0000 | 34.64 | 10,392.00 | 0.00 | 0.00 |
| Pre-CP Holdings | | 700.0000 | | | Sale | 11/20/2018 | 700.0000 | 34.64 | 24,248.00 | 0.00 | 0.00 |

| | Shares | | | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-CP Holdings | 3,364.0000 | | | Sale | 11/20/2018 | 3,364.0000 | 34.64 | 116,528.96 | 0.00 | 0.00 |
| Pre-CP Holdings | 336.0000 | | | Sale | 11/20/2018 | 336.0000 | 34.65 | 11,642.40 | 0.00 | 0.00 |
| Pre-CP Holdings | 5,000.0000 | | | Sale | 11/20/2018 | 5,000.0000 | 35.94 | 179,700.50 | 0.00 | 0.00 |
| Pre-CP Holdings | 5,000.0000 | | | Sale | 11/20/2018 | 5,000.0000 | 35.94 | 179,700.50 | 0.00 | 0.00 |
| Pre-CP Holdings | 7,000.0000 | | | Sale | 11/20/2018 | 7,000.0000 | 36.13 | 252,928.20 | 0.00 | 0.00 |
| Pre-CP Holdings | 7,000.0000 | | | Sale | 11/20/2018 | 7,000.0000 | 36.13 | 252,928.20 | 0.00 | 0.00 |
| Pre-CP Holdings | 105.0000 | | | Sale | 11/28/2018 | 105.0000 | 37.93 | 3,982.65 | 0.00 | 0.00 |
| Pre-CP Holdings | 3,000.0000 | | | Sale | 12/06/2018 | 3,000.0000 | 37.08 | 111,240.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 5,000.0000 | | | Sale | 12/06/2018 | 5,000.0000 | 37.12 | 185,600.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 5,000.0000 | | | Sale | 12/10/2018 | 5,000.0000 | 34.65 | 173,250.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 5,000.0000 | | | Sale | 12/10/2018 | 5,000.0000 | 34.65 | 173,250.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 7,400.0000 | | | Sale | 12/10/2018 | 7,400.0000 | 34.66 | 256,484.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 2,600.0000 | | | Sale | 12/10/2018 | 2,600.0000 | 34.67 | 90,142.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 20,000.0000 | | | Sale | 12/10/2018 | 20,000.0000 | 34.90 | 698,000.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 20,000.0000 | | | Sale | 12/10/2018 | 20,000.0000 | 34.90 | 698,000.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 9,700.0000 | | | Sale | 12/10/2018 | 9,700.0000 | 34.95 | 339,015.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 9,700.0000 | | | Sale | 12/10/2018 | 9,700.0000 | 34.95 | 339,015.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 300.0000 | | | Sale | 12/10/2018 | 300.0000 | 34.96 | 10,488.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 300.0000 | | | Sale | 12/10/2018 | 300.0000 | 34.96 | 10,488.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.00 | 3,500.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.00 | 3,500.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 200.0000 | | | Sale | 12/10/2018 | 200.0000 | 35.00 | 7,000.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 7,200.0000 | | | Sale | 12/10/2018 | 7,200.0000 | 35.00 | 252,000.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 400.0000 | | | Sale | 12/10/2018 | 400.0000 | 35.01 | 14,004.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 2,900.0000 | | | Sale | 12/10/2018 | 2,900.0000 | 35.03 | 101,587.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 264.0000 | | | Sale | 12/10/2018 | 264.0000 | 35.03 | 9,247.92 | 0.00 | 0.00 |
| Pre-CP Holdings | 400.0000 | | | Sale | 12/10/2018 | 400.0000 | 35.03 | 14,012.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 1,736.0000 | | | Sale | 12/10/2018 | 1,736.0000 | 35.03 | 60,812.08 | 0.00 | 0.00 |
| Pre-CP Holdings | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.04 | 3,504.00 | 0.00 | 0.00 |
| Pre-CP Holdings | 4,125.0000 | | | Sale | 12/17/2018 | 4,125.0000 | 33.93 | 139,961.66 | 0.00 | 0.00 |
| **1B. Total** | **151,230.0000** | | | | | **151,230.0000** | | **5,309,015.79** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | **0.0000** | | | | | | | | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B) ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| Purchase | 12/01/2017 | 875.0000 | 41.47 | 36,286.25 | Sale | 12/17/2018 | 875.0000 | 36.48 | 31,921.94 | 0.0000 | (4,364.30) |
| Purchase | 12/01/2017 | 1,625.0000 | 41.47 | 67,388.75 | Sale | 12/17/2018 | 1,625.0000 | 36.48 | 59,283.61 | 0.0000 | (8,105.13) |
| Purchase | 12/01/2017 | 2,900.0000 | 41.55 | 120,495.00 | Sale | 12/17/2018 | 2,900.0000 | 36.48 | 105,798.44 | 0.0000 | (14,696.55) |
| Purchase | 12/01/2017 | 100.0000 | 41.55 | 4,155.00 | Sale | 12/17/2018 | 100.0000 | 36.48 | 3,648.22 | 0.0000 | (506.77) |
| Purchase | 12/04/2017 | 93.0000 | 39.95 | 3,715.35 | Sale | 12/17/2018 | 93.0000 | 36.48 | 3,392.84 | 0.0000 | (322.50) |
| Purchase | 12/04/2017 | 282.0000 | 39.95 | 11,265.90 | Sale | 12/17/2018 | 282.0000 | 36.48 | 10,287.98 | 0.0000 | (977.91) |
| Purchase | 12/04/2017 | 2,125.0000 | 39.95 | 84,893.75 | Sale | 12/17/2018 | 2,125.0000 | 36.48 | 77,524.72 | 0.0000 | (7,369.02) |

| Purchase | 12/04/2017 | 2,500.0000 | 39.95 | 99,875.00 | Sale | 12/17/2018 | 2,500.0000 | 36.48 | 91,205.55 | 0.0000 | (8,669.44) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/04/2017 | 375.0000 | 40.02 | 15,007.50 | Sale | 12/17/2018 | 375.0000 | 36.48 | 13,680.83 | 0.0000 | (1,326.66) |
| Purchase | 12/04/2017 | 2,325.0000 | 40.02 | 93,046.50 | Sale | 12/17/2018 | 2,325.0000 | 36.48 | 84,821.16 | 0.0000 | (8,225.33) |
| Purchase | 12/04/2017 | 2,200.0000 | 40.02 | 88,044.00 | Sale | 12/17/2018 | 2,200.0000 | 36.48 | 80,260.88 | 0.0000 | (7,783.11) |
| Purchase | 12/04/2017 | 100.0000 | 40.02 | 4,002.00 | Sale | 12/17/2018 | 100.0000 | 36.48 | 3,648.22 | 0.0000 | (353.77) |
| Purchase | 12/04/2017 | 200.0000 | 40.33 | 8,067.00 | Sale | 12/17/2018 | 200.0000 | 36.48 | 7,296.44 | 0.0000 | (770.55) |
| Purchase | 12/04/2017 | 175.0000 | 40.34 | 7,059.50 | Sale | 12/17/2018 | 175.0000 | 36.48 | 6,384.38 | 0.0000 | (675.11) |
| Purchase | 12/04/2017 | 4,625.0000 | 40.34 | 186,572.50 | Sale | 12/17/2018 | 4,625.0000 | 36.48 | 168,730.27 | 0.0000 | (17,842.22) |
| Purchase | 12/19/2017 | 1,375.0000 | 45.40 | 62,425.00 | Sale | 12/17/2018 | 1,375.0000 | 36.48 | 50,163.05 | 0.0000 | (12,261.94) |
| Purchase | 12/19/2017 | 8,625.0000 | 45.40 | 391,575.00 | Sale | 12/18/2018 | 8,625.0000 | 36.35 | 313,582.30 | 0.0000 | (77,992.69) |
| Purchase | 01/19/2018 | 1,375.0000 | 42.73 | 58,753.75 | Sale | 12/18/2018 | 1,375.0000 | 36.35 | 49,991.38 | 0.0000 | (8,762.36) |
| Purchase | 01/19/2018 | 6,625.0000 | 42.73 | 283,086.25 | Sale | 12/18/2018 | 6,625.0000 | 36.35 | 240,867.56 | 0.0000 | (42,218.68) |
| Purchase | 01/22/2018 | 3,375.0000 | 25.00 | 84,375.00 | Sale | 12/18/2018 | 3,375.0000 | 36.35 | 122,706.11 | 0.0000 | 38,331.11 |
| Purchase | 01/22/2018 | 1,625.0000 | 25.00 | 40,625.00 | Sale | 12/18/2018 | 1,625.0000 | 36.35 | 59,080.72 | 0.0000 | 18,455.72 |
| Purchase | 01/25/2018 | 1,500.0000 | 43.43 | 65,145.00 | Sale | 12/18/2018 | 1,500.0000 | 36.35 | 54,536.05 | 0.0000 | (10,608.94) |
| Purchase | 01/30/2018 | 1,500.0000 | 42.00 | 63,000.00 | Sale | 12/18/2018 | 1,500.0000 | 36.35 | 54,536.05 | 0.0000 | (8,463.94) |
| Purchase | 02/01/2018 | 2,000.0000 | 43.15 | 86,300.00 | Sale | 12/18/2018 | 2,000.0000 | 36.35 | 72,714.73 | 0.0000 | (13,585.26) |
| Purchase | 02/02/2018 | 1,375.0000 | 40.93 | 56,291.67 | Sale | 12/18/2018 | 1,375.0000 | 36.35 | 49,991.38 | 0.0000 | (6,300.29) |
| Purchase | 02/02/2018 | 1,125.0000 | 40.93 | 46,056.82 | Sale | 12/18/2018 | 1,125.0000 | 36.35 | 40,902.03 | 0.0000 | (5,154.78) |
| Purchase | 02/08/2018 | 995.0000 | 40.22 | 40,025.86 | Sale | 12/18/2018 | 995.0000 | 36.35 | 36,175.58 | 0.0000 | (3,850.28) |
| Purchase | 02/08/2018 | 5.0000 | 40.22 | 201.13 | Sale | 12/18/2018 | 5.0000 | 36.35 | 181.78 | 0.0000 | (19.34) |
| Purchase | 02/22/2018 | 1,910.0000 | 44.70 | 85,377.00 | Sale | 12/18/2018 | 1,910.0000 | 36.35 | 69,442.57 | 0.0000 | (15,934.42) |
| Purchase | 02/22/2018 | 1,090.0000 | 44.70 | 48,723.00 | Sale | 12/18/2018 | 1,090.0000 | 36.35 | 39,629.53 | 0.0000 | (9,093.46) |
| Purchase | 09/20/2018 | 595.0000 | 46.75 | 27,816.25 | Sale | 12/18/2018 | 595.0000 | 36.35 | 21,632.63 | 0.0000 | (6,183.61) |
| Purchase | 09/20/2018 | 55.0000 | 46.75 | 2,571.25 | Sale | 12/18/2018 | 55.0000 | 36.35 | 1,999.65 | 0.0000 | (571.59) |
| Purchase | 10/31/2018 | 245.0000 | 37.18 | 9,109.10 | Sale | 12/18/2018 | 245.0000 | 36.35 | 8,907.55 | 0.0000 | (201.54) |
| Purchase | 10/31/2018 | 280.0000 | 37.18 | 10,410.40 | Sale | 12/18/2018 | 280.0000 | 36.35 | 10,180.06 | 0.0000 | (230.33) |
| Purchase | 10/31/2018 | 315.0000 | 37.18 | 11,711.70 | Sale | 12/18/2018 | 315.0000 | 36.35 | 11,452.57 | 0.0000 | (259.12) |
| Purchase | 10/31/2018 | 700.0000 | 37.18 | 26,026.00 | Sale | 12/18/2018 | 700.0000 | 36.35 | 25,450.15 | 0.0000 | (575.84) |
| Purchase | 10/31/2018 | 100.0000 | 37.18 | 3,718.00 | Sale | 12/18/2018 | 100.0000 | 36.35 | 3,635.73 | 0.0000 | (82.26) |
| Purchase | 10/31/2018 | 3,360.0000 | 37.18 | 124,924.80 | Sale | 12/18/2018 | 3,360.0000 | 36.35 | 122,160.75 | 0.0000 | (2,764.04) |
| Purchase | 10/31/2018 | 1,640.0000 | 37.58 | 61,631.20 | Sale | 12/18/2018 | 1,640.0000 | 36.35 | 59,626.08 | 0.0000 | (2,005.11) |
| Purchase | 10/31/2018 | 5,000.0000 | 37.58 | 187,900.00 | Sale | 12/18/2018 | 5,000.0000 | 36.35 | 181,786.84 | 0.0000 | (6,113.15) |
| Purchase | 10/31/2018 | 85.0000 | 37.58 | 3,194.30 | Sale | 12/18/2018 | 85.0000 | 36.35 | 3,090.37 | 0.0000 | (103.92) |
| Purchase | 10/31/2018 | 5,775.0000 | 37.58 | 217,024.50 | Sale | 12/18/2018 | 5,775.0000 | 36.35 | 209,963.80 | 0.0000 | (7,060.69) |
| Purchase | 10/31/2018 | 1,103.0000 | 37.75 | 41,638.25 | Sale | 12/18/2018 | 1,103.0000 | 36.35 | 40,102.17 | 0.0000 | (1,536.07) |
| Purchase | 10/31/2018 | 2,122.0000 | 37.76 | 80,126.72 | Sale | 12/18/2018 | 2,122.0000 | 36.35 | 77,150.33 | 0.0000 | (2,976.38) |
| Purchase | 10/31/2018 | 1,483.0000 | 37.76 | 55,998.08 | Sale | 12/18/2018 | 1,483.0000 | 36.35 | 53,917.97 | 0.0000 | (2,080.10) |
| Purchase | 10/31/2018 | 300.0000 | 37.76 | 11,328.00 | Sale | 12/18/2018 | 300.0000 | 36.35 | 10,907.21 | 0.0000 | (420.78) |
| Purchase | 10/31/2018 | 300.0000 | 37.76 | 11,328.00 | Sale | 12/18/2018 | 300.0000 | 36.35 | 10,907.21 | 0.0000 | (420.78) |
| Purchase | 10/31/2018 | 100.0000 | 37.76 | 3,776.00 | Sale | 12/18/2018 | 100.0000 | 36.35 | 3,635.73 | 0.0000 | (140.26) |
| Purchase | 10/31/2018 | 1,500.0000 | 37.76 | 56,640.00 | Sale | 12/18/2018 | 1,500.0000 | 36.35 | 54,536.05 | 0.0000 | (2,103.94) |
| Purchase | 10/31/2018 | 5,317.0000 | 37.77 | 200,823.09 | Sale | 12/18/2018 | 5,317.0000 | 36.35 | 193,312.12 | 0.0000 | (7,510.96) |
| Purchase | 10/31/2018 | 1,000.0000 | 37.77 | 37,770.00 | Sale | 12/18/2018 | 1,000.0000 | 36.35 | 36,357.36 | 0.0000 | (1,412.63) |
| Purchase | 10/31/2018 | 1,000.0000 | 37.77 | 37,770.00 | Sale | 12/18/2018 | 1,000.0000 | 36.35 | 36,357.36 | 0.0000 | (1,412.63) |
| Purchase | 10/31/2018 | 45.0000 | 37.77 | 1,699.65 | Sale | 12/24/2018 | 45.0000 | 35.34 | 1,590.30 | 0.0000 | (109.35) |
| Purchase | 10/31/2018 | 200.0000 | 37.85 | 7,570.00 | Sale | 12/24/2018 | 200.0000 | 35.34 | 7,068.00 | 0.0000 | (502.00) |
| Purchase | 10/31/2018 | 455.0000 | 37.86 | 17,226.30 | Sale | 12/24/2018 | 455.0000 | 35.34 | 16,079.70 | 0.0000 | (1,146.60) |
| Purchase | 10/31/2018 | 3,300.0000 | 37.86 | 124,938.00 | Sale | 12/24/2018 | 3,300.0000 | 35.34 | 116,622.00 | 0.0000 | (8,316.00) |
| Purchase | 10/31/2018 | 557.0000 | 37.86 | 21,088.02 | Sale | 12/24/2018 | 557.0000 | 35.34 | 19,684.38 | 0.0000 | (1,403.64) |
| Purchase | 10/31/2018 | 1,743.0000 | 37.86 | 65,989.98 | Sale | 12/24/2018 | 1,743.0000 | 35.34 | 61,597.62 | 0.0000 | (4,392.36) |
| Purchase | 10/31/2018 | 2,385.0000 | 37.86 | 90,296.10 | Sale | 12/24/2018 | 2,385.0000 | 35.34 | 84,285.90 | 0.0000 | (6,010.20) |
| Purchase | 10/31/2018 | 1,360.0000 | 37.86 | 51,489.60 | Sale | 12/24/2018 | 1,360.0000 | 35.34 | 48,062.40 | 0.0000 | (3,427.20) |
| **2B. Total** | | **97,420.0000** | | **3,845,367.79** | | | **97,420.0000** | | **3,534,446.54** | **0.00** | **(310,921.24)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C) ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| **2C. Total** | | **0.0000** | | **0.00** | | | **0.000** | | **$0.00** | **0.0000** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchase Total | 97,420.0000 | | 3,845,367.79 | | | 97,420.0000 | | 3,534,446.54 | 0.0000 | (310,921.24) |
| Grand Total | 97,420.0000 | | 3,845,367.79 | | | 319,120.0000 | | 11,414,037.27 | 0.0000 | |

| Total FIFO Gain(Loss) | (310,921.24) |
|---|---|
| | |

**Loss Methodology:**
1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.

**LIFO Loss Chart Report**

Frank Mobassery (Micron) v3
Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis
Security: 595112103
Class Period: September 26,2017 - November 19,2018
Currency: USD

Class Period Beginning: 09/26/2017
Class Period End: 11/19/2018
Lookback Period Beginning: 11/20/2018
Lookback Period End: 02/18/2019
Days in Lookback Period: 90
Lookback Period Average Closing Price: 35.88

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 221,700.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| Pre-Class Period Holdings | | 4,820.0000 | | | Sale | 10/29/2018 | 4,820.0000 | 34.51 | 166,338.20 | 0.00 | |
| Pre-Class Period Holdings | | 5,000.0000 | | | Sale | 10/29/2018 | 5,000.0000 | 34.51 | 172,550.50 | 0.00 | |
| Pre-Class Period Holdings | | 5,000.0000 | | | Sale | 10/29/2018 | 5,000.0000 | 34.54 | 172,700.00 | 0.00 | |
| **1A. Total** | | **14,820.0000** | | | | | **14,820.0000** | | **511,588.70** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| Pre-Class Period Holdings | | 3,230.0000 | | | Sale | 11/20/2018 | 3,230.0000 | 36.13 | 116,708.29 | 0.00 | |
| Pre-Class Period Holdings | | 105.0000 | | | Sale | 11/28/2018 | 105.0000 | 37.93 | 3,982.65 | 0.00 | |
| Pre-Class Period Holdings | | 10,300.0000 | | | Sale | 12/10/2018 | 10,300.0000 | 34.90 | 359,470.00 | 0.00 | |
| Pre-Class Period Holdings | | 20,000.0000 | | | Sale | 12/10/2018 | 20,000.0000 | 34.90 | 698,000.00 | 0.00 | |
| Pre-Class Period Holdings | | 9,700.0000 | | | Sale | 12/10/2018 | 9,700.0000 | 34.95 | 339,015.00 | 0.00 | |
| Pre-Class Period Holdings | | 9,700.0000 | | | Sale | 12/10/2018 | 9,700.0000 | 34.95 | 339,015.00 | 0.00 | |
| Pre-Class Period Holdings | | 300.0000 | | | Sale | 12/10/2018 | 300.0000 | 34.96 | 10,488.00 | 0.00 | |
| Pre-Class Period Holdings | | 300.0000 | | | Sale | 12/10/2018 | 300.0000 | 34.96 | 10,488.00 | 0.00 | |
| Pre-Class Period Holdings | | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.00 | 3,500.00 | 0.00 | |
| Pre-Class Period Holdings | | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.00 | 3,500.00 | 0.00 | |
| Pre-Class Period Holdings | | 200.0000 | | | Sale | 12/10/2018 | 200.0000 | 35.00 | 7,000.00 | 0.00 | |
| Pre-Class Period Holdings | | 7,200.0000 | | | Sale | 12/10/2018 | 7,200.0000 | 35.00 | 252,000.00 | 0.00 | |
| Pre-Class Period Holdings | | 400.0000 | | | Sale | 12/10/2018 | 400.0000 | 35.01 | 14,004.00 | 0.00 | |
| Pre-Class Period Holdings | | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | |
| Pre-Class Period Holdings | | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | |
| Pre-Class Period Holdings | | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | |
| Pre-Class Period Holdings | | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | |
| Pre-Class Period Holdings | | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | |
| Pre-Class Period Holdings | | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.03 | 3,503.00 | 0.00 | |
| Pre-Class Period Holdings | | 2,900.0000 | | | Sale | 12/10/2018 | 2,900.0000 | 35.03 | 101,587.00 | 0.00 | |
| Pre-Class Period Holdings | | 264.0000 | | | Sale | 12/10/2018 | 264.0000 | 35.03 | 9,247.92 | 0.00 | |
| Pre-Class Period Holdings | | 400.0000 | | | Sale | 12/10/2018 | 400.0000 | 35.03 | 14,012.00 | 0.00 | |
| Pre-Class Period Holdings | | 1,736.0000 | | | Sale | 12/10/2018 | 1,736.0000 | 35.03 | 60,812.08 | 0.00 | |
| Pre-Class Period Holdings | | 100.0000 | | | Sale | 12/10/2018 | 100.0000 | 35.04 | 3,504.00 | 0.00 | |
| Pre-Class Period Holdings | | 5,000.0000 | | | Sale | 12/17/2018 | 5,000.0000 | 33.93 | 169,650.50 | 0.00 | |
| Pre-Class Period Holdings | | 5,000.0000 | | | Sale | 12/17/2018 | 5,000.0000 | 33.93 | 169,650.50 | 0.00 | |
| Pre-Class Period Holdings | | 5,000.0000 | | | Sale | 12/17/2018 | 5,000.0000 | 34.39 | 171,963.50 | 0.00 | |
| Pre-Class Period Holdings | | 5,000.0000 | | | Sale | 12/17/2018 | 5,000.0000 | 34.39 | 171,963.50 | 0.00 | |
| Pre-Class Period Holdings | | 6,000.0000 | | | Sale | 12/17/2018 | 6,000.0000 | 34.40 | 206,400.00 | 0.00 | |
| Pre-Class Period Holdings | | 10,000.0000 | | | Sale | 12/18/2018 | 10,000.0000 | 30.94 | 309,400.00 | 0.00 | |
| Pre-Class Period Holdings | | 10,000.0000 | | | Sale | 12/18/2018 | 10,000.0000 | 30.94 | 309,400.00 | 0.00 | |
| Pre-Class Period Holdings | | 8,000.0000 | | | Sale | 12/18/2018 | 8,000.0000 | 31.04 | 248,320.00 | 0.00 | |
| Pre-Class Period Holdings | | 2,120.0000 | | | Sale | 12/18/2018 | 2,120.0000 | 31.05 | 65,826.00 | 0.00 | |
| Pre-Class Period Holdings | | 1,915.0000 | | | Sale | 12/18/2018 | 1,915.0000 | 31.05 | 59,460.75 | 0.00 | |
| Pre-Class Period Holdings | | 1,685.0000 | | | Sale | 12/18/2018 | 1,685.0000 | 31.05 | 52,319.25 | 0.00 | |
| Pre-Class Period Holdings | | 300.0000 | | | Sale | 12/18/2018 | 300.0000 | 31.06 | 9,318.00 | 0.00 | |
| Pre-Class Period Holdings | | 280.0000 | | | Sale | 12/18/2018 | 280.0000 | 31.06 | 8,696.80 | 0.00 | |
| Pre-Class Period Holdings | | 315.0000 | | | Sale | 12/18/2018 | 315.0000 | 31.06 | 9,783.90 | 0.00 | |
| Pre-Class Period Holdings | | 700.0000 | | | Sale | 12/18/2018 | 700.0000 | 31.07 | 21,749.00 | 0.00 | |
| Pre-Class Period Holdings | | 100.0000 | | | Sale | 12/18/2018 | 100.0000 | 31.08 | 3,108.00 | 0.00 | |
| Pre-Class Period Holdings | | 5,000.0000 | | | Sale | 12/18/2018 | 5,000.0000 | 31.09 | 155,450.00 | 0.00 | |
| Pre-Class Period Holdings | | 5,000.0000 | | | Sale | 12/18/2018 | 5,000.0000 | 31.09 | 155,450.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 85.0000 | | | Sale | 12/18/2018 | 85.0000 | 31.10 | 2,643.50 | 0.00 | |
| Pre-Class Period Holdings | | 9,000.0000 | | | Sale | 12/18/2018 | 9,000.0000 | 31.15 | 280,350.00 | 0.00 | |
| Pre-Class Period Holdings | | 9,000.0000 | | | Sale | 12/18/2018 | 9,000.0000 | 31.15 | 280,350.00 | 0.00 | |
| Pre-Class Period Holdings | | 1,000.0000 | | | Sale | 12/18/2018 | 1,000.0000 | 31.18 | 31,185.00 | 0.00 | |
| Pre-Class Period Holdings | | 1,000.0000 | | | Sale | 12/18/2018 | 1,000.0000 | 31.18 | 31,185.00 | 0.00 | |
| | | | | | | | | | | | |
| **1B. Total** | | **159,135.0000** | | | | | **159,135.0000** | | **5,290,975.14** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| | | 47,745.0000 | | | | | | | | | |
| | | | | | | | | | | | |
| **1C. Total** | | **47,745.0000** | | | | | | | | **0.0000** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 02/02/2018 | 500.0000 | 40.93 | 20,469.70 | Sale | 02/05/2018 | 500.0000 | 39.93 | 19,965.00 | 0.0000 | (504.70) |
| Purchase | 02/22/2018 | 25.0000 | 44.70 | 1,117.50 | Sale | 07/06/2018 | 25.0000 | 53.16 | 1,329.00 | 0.0000 | 211.50 |
| Purchase | 02/22/2018 | 79.0000 | 44.70 | 3,531.30 | Sale | 07/06/2018 | 79.0000 | 53.16 | 4,199.64 | 0.0000 | 668.34 |
| Purchase | 02/22/2018 | 91.0000 | 44.70 | 4,067.70 | Sale | 07/06/2018 | 91.0000 | 53.16 | 4,837.56 | 0.0000 | 769.86 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.0000 | 846.00 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.0000 | 846.00 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.0000 | 846.00 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.0000 | 846.00 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.0000 | 846.00 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.0000 | 846.00 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.16 | 5,316.00 | 0.0000 | 846.00 |
| Purchase | 02/22/2018 | 200.0000 | 44.70 | 8,940.00 | Sale | 07/06/2018 | 200.0000 | 53.16 | 10,632.00 | 0.0000 | 1,692.00 |
| Purchase | 02/22/2018 | 200.0000 | 44.70 | 8,940.00 | Sale | 07/06/2018 | 200.0000 | 53.16 | 10,632.00 | 0.0000 | 1,692.00 |
| Purchase | 02/22/2018 | 5.0000 | 44.70 | 223.50 | Sale | 07/06/2018 | 5.0000 | 53.17 | 265.85 | 0.0000 | 42.35 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.17 | 5,317.00 | 0.0000 | 847.00 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.17 | 5,317.00 | 0.0000 | 847.00 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.17 | 5,317.00 | 0.0000 | 847.00 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.17 | 5,317.00 | 0.0000 | 847.00 |
| Purchase | 02/22/2018 | 100.0000 | 44.70 | 4,470.00 | Sale | 07/06/2018 | 100.0000 | 53.17 | 5,317.00 | 0.0000 | 847.00 |
| Purchase | 02/22/2018 | 200.0000 | 44.70 | 8,940.00 | Sale | 07/06/2018 | 200.0000 | 53.17 | 10,634.00 | 0.0000 | 1,694.00 |
| Purchase | 02/22/2018 | 1,000.0000 | 44.70 | 44,700.00 | Sale | 09/11/2018 | 1,000.0000 | 43.34 | 43,340.00 | 0.0000 | (1,360.00) |
| Purchase | 02/08/2018 | 1,000.0000 | 40.22 | 40,227.00 | Sale | 09/11/2018 | 1,000.0000 | 43.34 | 43,340.00 | 0.0000 | 3,113.00 |
| Purchase | 02/02/2018 | 2,000.0000 | 40.93 | 81,878.80 | Sale | 09/11/2018 | 2,000.0000 | 43.34 | 86,680.00 | 0.0000 | 4,801.20 |
| Purchase | 02/01/2018 | 2,000.0000 | 43.15 | 86,300.00 | Sale | 09/11/2018 | 2,000.0000 | 43.34 | 86,680.00 | 0.0000 | 380.00 |
| Purchase | 01/30/2018 | 822.0000 | 42.00 | 34,524.00 | Sale | 09/12/2018 | 822.0000 | 41.72 | 34,293.84 | 0.0000 | (230.16) |
| Purchase | 01/30/2018 | 678.0000 | 42.00 | 28,476.00 | Sale | 09/12/2018 | 678.0000 | 41.72 | 28,286.22 | 0.0000 | (189.77) |
| Purchase | 01/25/2018 | 1,500.0000 | 43.43 | 65,145.00 | Sale | 09/12/2018 | 1,500.0000 | 41.72 | 62,580.15 | 0.0000 | (2,564.85) |
| Purchase | 01/22/2018 | 2,000.0000 | 25.00 | 50,000.00 | Sale | 09/12/2018 | 2,000.0000 | 41.72 | 83,440.20 | 0.0000 | 33,440.20 |
| Purchase | 09/20/2018 | 650.0000 | 46.75 | 30,387.50 | Sale | 10/24/2018 | 650.0000 | 36.72 | 23,868.00 | 0.0000 | (6,519.50) |
| Purchase | 01/22/2018 | 820.0000 | 25.00 | 20,500.00 | Sale | 10/24/2018 | 820.0000 | 36.72 | 30,110.40 | 0.0000 | 9,610.40 |
| Purchase | 01/22/2018 | 2,180.0000 | 25.00 | 54,500.00 | Sale | 10/25/2018 | 2,180.0000 | 36.59 | 79,766.20 | 0.0000 | 25,266.20 |
| Purchase | 01/19/2018 | 320.0000 | 42.73 | 13,673.60 | Sale | 10/25/2018 | 320.0000 | 36.59 | 11,708.80 | 0.0000 | (1,964.80) |
| Purchase | 01/19/2018 | 5,900.0000 | 42.73 | 252,107.00 | Sale | 10/26/2018 | 5,900.0000 | 35.37 | 208,683.00 | 0.0000 | (43,424.00) |
| Purchase | 01/19/2018 | 1,780.0000 | 42.73 | 76,059.40 | Sale | 10/26/2018 | 1,780.0000 | 35.37 | 62,958.60 | 0.0000 | (13,100.80) |
| Purchase | 12/19/2017 | 220.0000 | 45.40 | 9,988.00 | Sale | 10/26/2018 | 220.0000 | 35.37 | 7,781.40 | 0.0000 | (2,206.60) |
| Purchase | 12/19/2017 | 100.0000 | 45.40 | 4,540.00 | Sale | 10/26/2018 | 100.0000 | 35.37 | 3,537.50 | 0.0000 | (1,002.50) |
| Purchase | 12/19/2017 | 4,233.0000 | 45.40 | 192,178.20 | Sale | 10/29/2018 | 4,233.0000 | 34.22 | 144,853.26 | 0.0000 | (47,324.94) |
| Purchase | 12/19/2017 | 5,367.0000 | 45.40 | 243,661.80 | Sale | 10/29/2018 | 5,367.0000 | 34.23 | 183,712.41 | 0.0000 | (59,949.39) |
| Purchase | 12/19/2017 | 80.0000 | 45.40 | 3,632.00 | Sale | 10/29/2018 | 80.0000 | 34.23 | 2,738.48 | 0.0000 | (893.52) |
| Purchase | 12/04/2017 | 93.0000 | 39.95 | 3,715.35 | Sale | 10/29/2018 | 93.0000 | 34.23 | 3,183.48 | 0.0000 | (531.86) |
| Purchase | 12/04/2017 | 227.0000 | 39.95 | 9,068.65 | Sale | 10/29/2018 | 227.0000 | 34.23 | 7,770.43 | 0.0000 | (1,298.21) |
| Purchase | 12/04/2017 | 2,180.0000 | 39.95 | 87,091.00 | Sale | 10/29/2018 | 2,180.0000 | 34.26 | 74,686.80 | 0.0000 | (12,404.20) |
| Purchase | 12/04/2017 | 2,500.0000 | 39.95 | 99,875.00 | Sale | 10/29/2018 | 2,500.0000 | 34.26 | 85,650.00 | 0.0000 | (14,225.00) |
| Purchase | 12/04/2017 | 1,320.0000 | 40.02 | 52,826.40 | Sale | 10/29/2018 | 1,320.0000 | 34.26 | 45,223.20 | 0.0000 | (7,603.20) |
| Purchase | 12/04/2017 | 1,380.0000 | 40.02 | 55,227.60 | Sale | 10/29/2018 | 1,380.0000 | 34.34 | 47,389.20 | 0.0000 | (7,838.40) |
| Purchase | 12/04/2017 | 2,200.0000 | 40.02 | 88,044.00 | Sale | 10/29/2018 | 2,200.0000 | 34.34 | 75,548.00 | 0.0000 | (12,496.00) |
| Purchase | 12/04/2017 | 100.0000 | 40.02 | 4,002.00 | Sale | 10/29/2018 | 100.0000 | 34.34 | 3,434.00 | 0.0000 | (568.00) |
| Purchase | 12/04/2017 | 200.0000 | 40.33 | 8,067.00 | Sale | 10/29/2018 | 200.0000 | 34.34 | 6,868.00 | 0.0000 | (1,199.00) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/04/2017 | 4,800.0000 | 40.34 | 193,632.00 | Sale | 10/29/2018 | 4,800.0000 | 34.34 | 164,832.00 | 0.0000 | (28,800.00) |
| Purchase | 12/01/2017 | 320.0000 | 41.47 | 13,270.40 | Sale | 10/29/2018 | 320.0000 | 34.34 | 10,988.80 | 0.0000 | (2,281.60) |
| Purchase | 12/01/2017 | 2,180.0000 | 41.47 | 90,404.60 | Sale | 10/29/2018 | 2,180.0000 | 34.51 | 75,231.80 | 0.0000 | (15,172.80) |
| Purchase | 12/01/2017 | 2,900.0000 | 41.55 | 120,495.00 | Sale | 10/29/2018 | 2,900.0000 | 34.51 | 100,079.00 | 0.0000 | (20,416.00) |
| Purchase | 12/01/2017 | 100.0000 | 41.55 | 4,155.00 | Sale | 10/29/2018 | 100.0000 | 34.51 | 3,451.00 | 0.0000 | (704.00) |
| **2A. Total** | | **55,650.0000** | | **2,272,222.00** | | | **55,650.0000** | | **2,058,986.23** | **0.00** | **(213,235.76)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| Purchase | 10/31/2018 | 4,814.0000 | 37.18 | 178,984.52 | Sale | 11/20/2018 | 4,814.0000 | 36.12 | 173,881.68 | 0.0000 | (5,102.84) |
| Purchase | 10/31/2018 | 186.0000 | 37.18 | 6,915.48 | Sale | 11/20/2018 | 186.0000 | 36.12 | 6,718.32 | 0.0000 | (197.16) |
| Purchase | 10/31/2018 | 2,814.0000 | 37.58 | 105,750.12 | Sale | 11/20/2018 | 2,814.0000 | 36.12 | 101,641.68 | 0.0000 | (4,108.44) |
| Purchase | 10/31/2018 | 2,186.0000 | 37.58 | 82,149.88 | Sale | 11/20/2018 | 2,186.0000 | 36.12 | 78,958.32 | 0.0000 | (3,191.56) |
| Purchase | 10/31/2018 | 6,000.0000 | 37.58 | 225,480.00 | Sale | 11/20/2018 | 6,000.0000 | 36.12 | 216,720.00 | 0.0000 | (8,760.00) |
| Purchase | 10/31/2018 | 100.0000 | 37.58 | 3,758.00 | Sale | 11/20/2018 | 100.0000 | 36.12 | 3,612.00 | 0.0000 | (146.00) |
| Purchase | 10/31/2018 | 100.0000 | 37.58 | 3,758.00 | Sale | 11/20/2018 | 100.0000 | 36.12 | 3,612.00 | 0.0000 | (146.00) |
| Purchase | 10/31/2018 | 100.0000 | 37.58 | 3,758.00 | Sale | 11/20/2018 | 100.0000 | 36.12 | 3,612.00 | 0.0000 | (146.00) |
| Purchase | 10/31/2018 | 300.0000 | 37.58 | 11,274.00 | Sale | 11/20/2018 | 300.0000 | 36.12 | 10,836.00 | 0.0000 | (438.00) |
| Purchase | 10/31/2018 | 700.0000 | 37.58 | 26,306.00 | Sale | 11/20/2018 | 700.0000 | 36.12 | 25,284.00 | 0.0000 | (1,022.00) |
| Purchase | 10/31/2018 | 200.0000 | 37.58 | 7,516.00 | Sale | 11/20/2018 | 200.0000 | 36.12 | 7,224.00 | 0.0000 | (292.00) |
| Purchase | 10/31/2018 | 1,103.0000 | 37.75 | 41,638.25 | Sale | 11/20/2018 | 1,103.0000 | 36.12 | 39,840.36 | 0.0000 | (1,797.89) |
| Purchase | 10/31/2018 | 2,061.0000 | 37.76 | 77,823.36 | Sale | 11/20/2018 | 2,061.0000 | 36.12 | 74,443.32 | 0.0000 | (3,380.04) |
| Purchase | 10/31/2018 | 336.0000 | 37.76 | 12,687.36 | Sale | 11/20/2018 | 336.0000 | 36.12 | 12,136.32 | 0.0000 | (551.04) |
| Purchase | 10/31/2018 | 1,208.0000 | 37.76 | 45,614.08 | Sale | 11/20/2018 | 1,208.0000 | 36.12 | 43,632.96 | 0.0000 | (1,981.12) |
| Purchase | 10/31/2018 | 300.0000 | 37.76 | 11,328.00 | Sale | 11/20/2018 | 300.0000 | 36.12 | 10,836.00 | 0.0000 | (492.00) |
| Purchase | 10/31/2018 | 300.0000 | 37.76 | 11,328.00 | Sale | 11/20/2018 | 300.0000 | 36.12 | 10,836.00 | 0.0000 | (492.00) |
| Purchase | 10/31/2018 | 100.0000 | 37.76 | 3,776.00 | Sale | 11/20/2018 | 100.0000 | 36.12 | 3,612.00 | 0.0000 | (164.00) |
| Purchase | 10/31/2018 | 1,500.0000 | 37.76 | 56,640.00 | Sale | 11/20/2018 | 1,500.0000 | 36.12 | 54,180.00 | 0.0000 | (2,460.00) |
| Purchase | 10/31/2018 | 1,592.0000 | 37.77 | 60,129.84 | Sale | 11/20/2018 | 1,592.0000 | 36.12 | 57,503.04 | 0.0000 | (2,626.80) |
| Purchase | 10/31/2018 | 5,000.0000 | 37.77 | 188,850.00 | Sale | 11/20/2018 | 5,000.0000 | 36.12 | 180,600.00 | 0.0000 | (8,250.00) |
| Purchase | 10/31/2018 | 770.0000 | 37.77 | 29,082.90 | Sale | 11/20/2018 | 770.0000 | 36.13 | 27,822.10 | 0.0000 | (1,260.79) |
| Purchase | 10/31/2018 | 200.0000 | 37.85 | 7,570.00 | Sale | 11/20/2018 | 200.0000 | 36.13 | 7,226.52 | 0.0000 | (343.48) |
| Purchase | 10/31/2018 | 6,030.0000 | 37.86 | 228,295.80 | Sale | 11/20/2018 | 6,030.0000 | 36.13 | 217,879.57 | 0.0000 | (10,416.22) |
| Purchase | 10/31/2018 | 2,410.0000 | 37.86 | 91,242.60 | Sale | 11/20/2018 | 2,410.0000 | 36.13 | 87,079.56 | 0.0000 | (4,163.03) |
| Purchase | 10/31/2018 | 1,360.0000 | 37.86 | 51,489.60 | Sale | 11/20/2018 | 1,360.0000 | 36.13 | 49,140.33 | 0.0000 | (2,349.26) |
| **2B. Total** | | **41,770.0000** | | **1,573,145.79** | | | **41,770.0000** | | **1,508,868.10** | **0.00** | **(64,277.68)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| **2C. Total** | | **0.0000** | | **0.00** | | | **0.000** | | **$0.00** | **0.0000** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/18/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 97,420.0000 | | 3,845,367.79 | | | 97,420.0000 | | 3,567,854.33 | 0.0000 | (277,513.45) |
| Grand Total | | 97,420.0000 | | 3,845,367.79 | | | 271,375.0000 | | 9,370,418.18 | 0.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(277,513.45)** |

**Loss Methodology:**
1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**

By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.