**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER,<br><br>    Defendants. | No. 1:19-cv-00678-WHP<br><br>**NOTICE OF BHARAT CHANDAK'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL** |
| KJELL ROJVALL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,<br><br>    Defendants. | No. 1:19-cv-00990-WHP |

*(captions continue on next page)*

DAVIN M. POKOIK, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,

Defendants.

No. 1:19-cv-02136-WHP

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, Bharat Chandak ("Chandak") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Chandak as Lead Plaintiff in the consolidated Action; (3) approving Chandak's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Richard W. Gonnello and exhibits filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Chandak respectfully requests that the Court (1) consolidate the above-captioned actions; (2) appoint Chandak as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated:  March 25, 2019                         Respectfully submitted,

                                               **FARUQI & FARUQI, LLP**

                                               By:     /s/ Richard W. Gonnello
                                                       Richard W. Gonnello

                                               Richard W. Gonnello
                                               Sherief Morsy
                                               685 Third Avenue, 26th Floor
                                               New York, NY 10017
                                               Ph: (212) 983-9330
                                               Fx: (212) 983-9331
                                               E-mail: rgonnello@faruqilaw.com
                                                       smorsy@faruqilaw.com

2

*Attorneys for [Proposed] Lead Plaintiff Bharat Chandak and [Proposed] Lead Counsel for the Class*