**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER,<br><br>    Defendants. | Case No.: 1:19-cv-00678-WHP<br><br>Hon. William H. Pauley III |
| KJELL ROJVALL, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,<br><br>    Defendants. | Case No.: 1:19-cv-00990-WHP<br><br>Hon. William H. Pauley III |
| DAVIN M. POKOIK, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,<br><br>    Defendants. | Case No.: 1:19-cv-02136-WHP<br><br>Hon. William H. Pauley III |

**DECLARATION OF EDUARD KORSINSKY IN SUPPORT OF THE MOTION OF THE MICRON INVESTOR GROUP FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

1

I, Eduard Korsinsky, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Dhiru Z. Patel, Cetin Kayaer, and Alexandru Vintu (collectively, the "Micron Investor Group" or "Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as lead plaintiff, and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      PSLRA Certifications signed by each member of the Micron Investor Group attesting to their purchases of Micron Technology, Inc. securities;

Exhibit B:      Loss Charts reflecting the losses incurred by each member of the Micron Investor Group as a result of their transactions in Micron Technology, Inc. securities;

Exhibit C:      Press Release published January 23, 2018, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Kniffin v. Micron Technology Inc., et al.*, Case No. 1:19-cv-00678-WHP.

Exhibit D:      Joint Declaration of Dhiru Z. Patel, Cetin Kayaer, and Alexandru Vintu.

Exhibit E:      Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

*[Signature on Following Page]*

2

3

Dated: March 25, 2019

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Eduard Korsinsky*
Eduard Korsinsky (EK-8989)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

3