**Source:** *Block & Leviton LLP*

*January 23, 2019 17:26 ET*

# Securities Class Action Filed Against Micron Technology Inc. by Block & Leviton LLP; Shareholders Are Encouraged to Contact the Firm

BOSTON, Jan. 23, 2019 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockesq.com), a Boston based securities litigation firm representing investors nationwide, informs investors that it has filed a securities fraud class action against Micron Technology Inc. ("Micron Technology" or the "Company") (NASDAQ: MU) and certain of its officers alleging violations of the federal securities laws. Class members interested in serving as lead plaintiff are required to move for appointment by March 25, 2019, and are encouraged to contact Block & Leviton LLP to learn more.

The Complaint filed in the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, NY 10007, and captioned *Kniffin v. Micron Technology Inc.*, Case No. 19-cv-00678 alleges that throughout the Class Period the Defendants misled investors by failing to disclose that Micron Technology was engaged in a price-fixing conspiracy with Samsung Electronics and SK Hynix, and that such unlawful behavior could lead to severe sanctions against the Company. A judge has not yet been assigned to the case.

If you have purchased or otherwise acquired Micron Technology securities and have questions about your legal rights, or possess information relevant to this investigation, you are encouraged to contact Block & Leviton LLP at (617) 398-5660, by email at info@blockesq.com, or by visiting http://shareholder.law/micron.

Block & Leviton LLP was recently ranked 4th among securities litigation firms by ISS for recoveries in 2017. The firm represents many of the nation's largest institutional investors and numerous individual investors in securities litigation throughout the country. Indeed, its lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP
(617) 398-5660 phone
155 Federal Street, Suite 400
Boston, MA 02110
info@blockesq.com