UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE KNIFFIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>            v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, and DAVID A. ZINSNER,<br><br>                                   Defendants. | Case No.  1:19-cv-00678-WHP<br><br>NOTICE OF MOTION OF THE MICRON INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| KJELL ROJVALL, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>            v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,<br><br>                                   Defendants. | Case No.  1:19-cv-00990-WHP |
| DAVIN M. POKOIK, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>            v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER<br><br>                                   Defendants. | Case No.  1:19-cv-02136-WHP |

1

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Anwer Ali, Hasnain Darwala, and Fernando Camarce (collectively, the "Micron Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), for an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the Micron Investor Group as Lead Plaintiff in the above-caption actions (the "Action"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel for the Class.

Dated:  March 25, 2019

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan Lindenfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: jlindenfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile (212) 697-7296

Email:  peretz@bgandg.com

*Additional Counsel for Movants*