**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, and DAVID A. ZINSNER, <br><br> Defendants. | Case No. 1:19-cv-00678-WHP |
| KJELL ROJVALL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER, <br><br> Defendants. | Case No. 1:19-cv-00990-WHP |
| DAVIN M. POKOIK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER, <br><br> Defendants. | Case No. 1:19-cv-02136-WHP |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF NOVRIYANTO LIUS AND THOMAS FISH'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Lesley F. Portnoy, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, proposed lead counsel for lead plaintiff movants Novriyanto Lius and Thomas Fish (together as "Movants") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as lead plaintiff and approval of their selection of Glancy Prongay & Murray LLP as lead counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published January 23, 2019 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein: *Kniffin v. Micron Technology, Inc. et al*, Case No. 1:19-cv-00678-WHP.

Exhibit B:    Certifications of Movants.

Exhibit C:    Chart detailing financial losses of Movants.

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 25th day of March, 2019.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

1

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 25, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 25, 2019, at Los Angeles, California.


*s/ Lesley F. Portnoy*
Lesley F. Portnoy