# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**MICRON TECHNOLOGIES, INC. SECURITIES LITIGATION**

I, Novriyanto Lius individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1.      I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the Micron Technology, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.      I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.      My transactions in Micron Technology, Inc. securities during the Class Period set forth in the Complaint are as follows:

(See attached transactions)

5.      I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.      I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

2/1/2019
_____
Date

DocuSigned by:

08DBBBCF856141F...
_____

Novriyanto Lius

**Novriyanto Lius' Transactions in**
**Micron Technology, Inc. Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 03/13/2018 | Bought | 5,000 | $60.7500 |
| 03/13/2018 | Bought | 5,000 | $59.9800 |
| 03/13/2018 | Sold | -5,000 | $0.0000 |
| 03/13/2018 | Sold | -5,000 | $0.0000 |
| 03/14/2018 | Sold | -100 | $0.0000 |
| 03/14/2018 | Sold | -1,500 | $0.0000 |
| 03/14/2018 | Sold | -3,000 | $0.0000 |
| 03/14/2018 | Sold | -4,900 | $0.0000 |
| 03/15/2018 | Bought | 8,600 | $58.8500 |
| 03/15/2018 | Bought | 900 | $58.8450 |
| 03/26/2018* | Bought | 33,000 | $55.0000 |
| 03/26/2018* | Bought | 16,900 | $54.5000 |
| 03/26/2018 | Sold | -49,900 | $0.0000 |
| 05/29/2018 | Bought | 1,250 | $62.6300 |
| 05/31/2018 | Sold | -1,250 | $0.0000 |
| 06/18/2018* | Bought | 35,000 | $59.5000 |
| 06/18/2018* | Bought | 33,800 | $59.0000 |
| 06/18/2018 | Bought | 15,000 | $57.7800 |
| 06/18/2018* | Bought | 11,500 | $58.5000 |
| 06/18/2018 | Bought | 1,000 | $57.5502 |
| 06/18/2018 | Bought | 500 | $57.8800 |
| 06/25/2018 | Sold | -1,439 | $0.0000 |
| 06/25/2018 | Sold | -3,900 | $0.0000 |
| 06/25/2018 | Sold | -91,461 | $0.0000 |
| 09/19/2018 | Bought | 6,000 | $45.7000 |
| 09/19/2018 | Sold | -6,000 | $0.0000 |

* Option assignment.

**Novriyanto Lius' Transactions in**
**Micron Technology, Inc. Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 09/26/2017 | Sold | Put | Sep 29, 2017 / $33 | -235 | $0.6900 |
| 09/26/2017 | Sold | Put | Sep 29, 2017 / $33 | -40 | $0.5200 |
| 09/27/2017 | Bought | Put | Sep 29, 2017 / $33 | 275 | $0.0200 |
| 09/27/2017 | Bought | Put | Sep 29, 2017 / $34 | 230 | $0.0300 |
| 09/28/2017 | Bought | Call | Sep 29, 2017 / $38 | 230 | $0.6300 |
| 12/01/2017 | Sold | Put | Dec 15, 2017 / $41.5 | -270 | $1.8000 |
| 12/01/2017 | Sold | Put | Dec 15, 2017 / $41.5 | -35 | $1.3500 |
| 12/01/2017 | Sold | Put | Dec 15, 2017 / $41 | -60 | $1.6800 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 12/06/2017 | Bought | Put | Dec 15, 2017 / $41.5 | 40 | $1.1700 |
| 12/06/2017 | Bought | Put | Dec 15, 2017 / $41 | 60 | $0.9600 |
| 12/08/2017 | Sold | Put | Dec 15, 2017 / $42.5 | -75 | $0.5200 |
| 12/15/2017 | Bought | Put | Dec 15, 2017 / $42.5 | 75 | $0.2200 |
| 12/28/2017 | Sold | Put | Jan 19, 2018 / $42 | -200 | $1.5900 |
| 12/28/2017 | Sold | Call | Jan 19, 2018 / $45.5 | 200 | $0.4800 |
| 01/04/2018 | Bought | Put | Jan 19, 2018 / $42 | 200 | $0.3100 |
| 01/04/2018 | Sold | Put | Jan 19, 2018 / $46.5 | -200 | $1.6600 |
| 01/09/2018 | Sold | Put | Jan 19, 2018 / $43.5 | -50 | $1.0000 |
| 01/19/2018 | Bought | Put | Jan 19, 2018 / $46.5 | 200 | $3.7000 |
| 01/19/2018 | Bought | Put | Jan 19, 2018 / $43.5 | 50 | $0.7100 |
| 01/19/2018 | Sold | Put | Feb 9, 2018 / $46.5 | -220 | $4.1500 |
| 01/23/2018 | Sold | Put | Feb 9, 2018 / $46.5 | -30 | $4.0000 |
| 02/05/2018 | Bought | Put | Feb 9, 2018 / $46.5 | 69 | $8.9000 |
| 02/05/2018 | Bought | Put | Feb 9, 2018 / $46.5 | 181 | $8.8000 |
| 02/05/2018 | Bought | Call | Apr 20, 2018 / $41 | 600 | $3.4500 |
| 02/05/2018 | Sold | Put | Feb 9, 2018 / $41 | -30 | $1.3300 |
| 02/06/2018 | Bought | Put | Feb 9, 2018 / $41 | 30 | $0.2100 |
| 02/06/2018 | Sold | Put | Feb 16, 2018 / $44 | -32 | $1.7000 |
| 02/20/2018 | Sold | Put | Mar 16, 2018 / $47 | -33 | $3.0000 |
| 03/01/2018 | Sold | Put | Mar 16, 2018 / $47 | -12 | $1.0600 |
| 03/07/2018 | Sold | Put | Mar 16, 2018 / $51 | -28 | $0.5200 |
| 03/09/2018 | Sold | Call | Apr 20, 2018 / $41 | -600 | $14.5000 |
| 03/12/2018 | Sold | Call | Mar 16, 2018 / $59.5 | -250 | $0.8500 |
| 03/16/2018 | Bought | Call | Mar 16, 2018 / $59.5 | 250 | $0.8400 |
| 03/16/2018 | Sold | Put | Mar 23, 2018 / $55 | -250 | $0.6800 |
| 03/19/2018 | Sold | Put | Mar 23, 2018 / $54 | -250 | $0.7500 |
| 03/19/2018 | Sold | Put | Mar 23, 2018 / $54.5 | -150 | $0.8000 |
| 03/20/2018 | Sold | Put | Mar 23, 2018 / $55 | -80 | $0.6500 |
| 03/20/2018 | Sold | Put | Mar 23, 2018 / $54.5 | -19 | $0.6200 |
| 05/07/2018 | Sold | Put | May 18, 2018 / $49 | -150 | $1.7000 |
| 05/14/2018 | Sold | Put | May 18, 2018 / $53 | -35 | $1.0100 |
| 05/16/2018 | Sold | Put | Jun 1, 2018 / $53.5 | -235 | $1.3800 |
| 05/21/2018 | Sold | Put | Jun 15,2018 / $56.5 | -250 | $3.1500 |
| 05/22/2018 | Sold | Put | Jun 15, 2018 / $57 | -100 | $1.7000 |
| 05/31/2018 | Sold | Put | Jun 15, 2018 / $59 | -43 | $2.2500 |
| 05/31/2018 | Sold | Put | Jun 15, 2018 / $59 | -245 | $2.9800 |
| 05/31/2018 | Sold | Put | Jun 15, 2018 / $59.5 | -300 | $3.5400 |
| 06/01/2018 | Sold | Put | Jun 15, 2018 / $59.5 | -50 | $2.4300 |
| 06/01/2018 | Sold | Put | Jun 15, 2018 / $58.5 | -115 | $2.0000 |
| 06/04/2018 | Sold | Put | Jun 15, 2018 / $58 | -80 | $2.3500 |
| 06/04/2018 | Sold | Put | Jun 15, 2018 / $58 | -50 | $1.9500 |
| 06/04/2018 | Sold | Put | Jun 15, 2018 / $58 | -30 | $1.8000 |
| 06/04/2018 | Sold | Put | Jun 15, 2018 / $58 | -55 | $1.4600 |
| 06/05/2018 | Sold | Put | Jun 15, 2018 / $59 | -50 | $1.4500 |
| 06/25/2018 | Bought | Call | Sep 21, 2018 / $50 | 2,000 | $7.2000 |
| 06/25/2018 | Bought | Call | Sep 21, 2018 / $50 | 550 | $7.2000 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 06/25/2018 | Bought | Call | Sep 21, 2018 / $55 | 350 | $4.6500 |
| 06/26/2018 | Bought | Call | Sep 21, 2018 / $65 | 100 | $1.4500 |
| 07/10/2018 | Bought | Call | Sep 21, 2018 / $60 | 1,000 | $2.3800 |
| 07/10/2018 | Bought | Call | Sep 21, 2018 / $57.5 | 3,000 | $3.3300 |
| 08/01/2018 | Bought | Call | Sep 21, 2018 / $65 | 50 | $0.3400 |
| 08/01/2018 | Bought | Call | Sep 21, 2018 / $65 | 41 | $0.3300 |
| 08/01/2018 | Bought | Call | Sep 21, 2018 / $65 | 218 | $0.3400 |
| 09/19/2018 | Bought | Call | Nov 16, 2018 / $55 | 90 | $0.9500 |
| 09/19/2018 | Bought | Call | Nov 16, 2018 / $55 | 900 | $0.8800 |
| 09/26/2018 | Bought | Call | Nov 16, 2018 / $48 | 350 | $1.2800 |
| 09/26/2018 | Bought | Call | Jan 18, 2019 / $48 | 150 | $2.6300 |
| 09/26/2018 | Bought | Call | Nov 16, 2018 / $50 | 55 | $0.8500 |

**SWORN CERTIFICATION OF PLAINTIFF**

**MICRON TECHNOLOGIES, INC. SECURITIES LITIGATION**

I, Thomas Fish individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1.   I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.   I did not purchase the Micron Technology, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.   I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.   My transactions in Micron Technology, Inc. securities during the Class Period set forth in the Complaint are as follows:

     (See attached transactions)

5.   I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.   I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

1/31/2019
_____
        Date

DocuSigned by:
FF1D2E0EA9134EC...
_____

                                Thomas Fish

**Thomas Fish's Transactions in
Micron Technology, Inc. (MU)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 03/13/2018 | Bought | 3,400 | $60.0825 |
| 03/13/2018 | Bought | 16,600 | $60.0850 |
| 03/22/2018 | Bought | 10,000 | $58.9300 |
| 03/22/2018 | Bought | 10,000 | $58.8500 |
| 03/23/2018 | Bought | 5,000 | $56.0000 |
| 05/25/2018 | Bought | 943 | $60.7400 |
| 05/25/2018 | Bought | 4,057 | $60.7600 |
| 05/30/2018 | Bought | 10,000 | $62.7500 |
| 05/30/2018 | Bought | 4,788 | $62.5000 |
| 05/30/2018 | Bought | 212 | $62.4950 |
| 05/30/2018 | Bought | 10,000 | $62.1100 |
| 06/20/2018 | Bought | 10,000 | $59.5000 |
| 06/20/2018 | Bought | 15,000 | $59.4200 |