# EXHIBIT C

**LOSS CHART**

**Company Name:** Micron Technology, Inc.
**Ticker:** MU
**Class Period:** September 26, 2017 to November 19, 2018

**Name:** **Novriyanto Lius**

**Common Stock**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 03/13/2018 | 5,000 | $60.7500 | -$303,750.00 | | $0.0000 | -$303,750.00 |
| 03/13/2018 | 5,000 | $59.9800 | -$299,900.00 | | $0.0000 | -$299,900.00 |
| 03/13/2018 | -5,000 | | $0.00 | $61.7500 | $308,750.0000 | $308,750.00 |
| 03/13/2018 | -5,000 | | $0.00 | $61.1310 | $305,655.0000 | $305,655.00 |
| 03/14/2018 | -100 | | $0.00 | $59.3211 | $5,932.1100 | $5,932.11 |
| 03/14/2018 | -1,500 | | $0.00 | $59.7100 | $89,565.0000 | $89,565.00 |
| 03/14/2018 | -3,000 | | $0.00 | $59.3000 | $177,900.0000 | $177,900.00 |
| 03/14/2018 | -4,900 | | $0.00 | $59.3531 | $290,830.1900 | $290,830.19 |
| 03/15/2018 | 8,600 | $58.8500 | -$506,110.00 | | $0.0000 | -$506,110.00 |
| 03/15/2018 | 900 | $58.8450 | -$52,960.50 | | $0.0000 | -$52,960.50 |
| 03/26/2018 [1] | 33,000 | $55.0000 | -$1,815,000.00 | | $0.0000 | -$1,815,000.00 |
| 03/26/2018 [1] | 16,900 | $54.5000 | -$921,050.00 | | $0.0000 | -$921,050.00 |
| 03/26/2018 | -49,900 | | $0.00 | $55.8800 | $2,788,412.0000 | $2,788,412.00 |
| 05/29/2018 | 1,250 | $62.6300 | -$78,287.50 | | $0.0000 | -$78,287.50 |
| 05/31/2018 | -1,250 | | $0.00 | $59.0500 | $73,812.5000 | $73,812.50 |
| 06/18/2018 [1] | 35,000 | $59.5000 | -$2,082,500.00 | | $0.0000 | -$2,082,500.00 |
| 06/18/2018 [1] | 33,800 | $59.0000 | -$1,994,200.00 | | $0.0000 | -$1,994,200.00 |
| 06/18/2018 | 15,000 | $57.7800 | -$866,700.00 | | $0.0000 | -$866,700.00 |
| 06/18/2018 [1] | 11,500 | $58.5000 | -$672,750.00 | | $0.0000 | -$672,750.00 |
| 06/18/2018 | 1,000 | $57.5502 | -$57,550.20 | | $0.0000 | -$57,550.20 |
| 06/18/2018 | 500 | $57.8800 | -$28,940.00 | | $0.0000 | -$28,940.00 |
| 06/25/2018 | -1,439 | | $0.00 | $53.9050 | $77,569.2950 | $77,569.30 |
| 06/25/2018 | -3,900 | | $0.00 | $53.9100 | $210,249.0000 | $210,249.00 |
| 06/25/2018 | -91,461 | | $0.00 | $53.9000 | $4,929,747.9000 | $4,929,747.90 |
| 09/19/2018 | 6,000 | $45.7000 | -$274,200.00 | | $0.0000 | -$274,200.00 |
| 09/19/2018 | -6,000 | | $0.00 | $45.1000 | $270,600.0000 | $270,600.00 |

**Shares Remaining:** 0    **Subtotal:** -$424,875.21

| 90-Day Average Price [2] | Shares Remaining | 90-Day Average: | $0.00 |
|---|---|---|---|
| $35.9459 | 0 | Common Stock Total: | -$424,875.21 |

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 09/26/2017 | Sold | Put | Sep 29, 2017 / $33 | -235 | $0.6900 | $16,215.00 |
| 09/26/2017 | Sold | Put | Sep 29, 2017 / $33 | -40 | $0.5200 | $2,080.00 |
| 09/27/2017 | Bought | Put | Sep 29, 2017 / $33 | 275 | $0.0200 | -$550.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$17,745.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 09/27/2017 | Bought [3] | Put | Sep 29, 2017 / $34 | 230 | $0.0300 | -$690.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$690.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 09/28/2017 | Bought [3] | Call | Sep 29, 2017 / $38 | 230 | $0.6300 | -$14,490.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$14,490.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/01/2017 | Sold | Put | Dec 15, 2017 / $41.5 | -270 | $1.8000 | $48,600.00 |
| 12/01/2017 | Sold | Put | Dec 15, 2017 / $41.5 | -35 | $1.3500 | $4,725.00 |
| 12/06/2017 | Bought | Put | Dec 15, 2017 / $41.5 | 40 | $1.1700 | -$4,680.00 |
| 12/15/2017 | Expired | Put | Dec 15, 2017 / $41.5 | 265 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$48,645.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/01/2017 | Sold | Put | Dec 15, 2017 / $41 | -60 | $1.6800 | $10,080.00 |
| 12/06/2017 | Bought | Put | Dec 15, 2017 / $41 | 60 | $0.9600 | -$5,760.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$4,320.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/08/2017 | Sold | Put | Dec 15, 2017 / $42.5 | -75 | $0.5200 | $3,900.00 |
| 12/15/2017 | Bought | Put | Dec 15, 2017 / $42.5 | 75 | $0.2200 | -$1,650.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,250.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/28/2017 | Sold | Put | Jan 19, 2018 / $42 | -200 | $1.5900 | $31,800.00 |
| 01/04/2018 | Bought | Put | Jan 19, 2018 / $42 | 200 | $0.3100 | -$6,200.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$25,600.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/28/2017 | Sold | Call | Jan 19, 2018 / $45.5 | 200 | $0.4800 | -$9,600.00 |
| 12/28/2017 | Expired | Call | Jan 19, 2018 / $45.5 | -200 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$9,600.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 01/04/2018 | Sold | Put | Jan 19, 2018 / $46.5 | -200 | $1.6600 | $33,200.00 |
| 01/19/2018 | Bought | Put | Jan 19, 2018 / $46.5 | 200 | $3.7000 | -$74,000.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$40,800.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 01/09/2018 | Sold | Put | Jan 19, 2018 / $43.5 | -50 | $1.0000 | $5,000.00 |
| 01/19/2018 | Bought | Put | Jan 19, 2018 / $43.5 | 50 | $0.7100 | -$3,550.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,450.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 01/19/2018 | Sold | Put | Feb 9, 2018 / $46.5 | -220 | $4.1500 | $91,300.00 |
| 01/23/2018 | Sold | Put | Feb 9, 2018 / $46.5 | -30 | $4.0000 | $12,000.00 |
| 02/05/2018 | Bought | Put | Feb 9, 2018 / $46.5 | 69 | $8.9000 | -$61,410.00 |
| 02/05/2018 | Bought | Put | Feb 9, 2018 / $46.5 | 181 | $8.8000 | -$159,280.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$117,390.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 02/05/2018 | Bought | Call | Apr 20, 2018 / $41 | 600 | $3.4500 | -$207,000.00 |
| 03/09/2018 | Sold | Call | Apr 20, 2018 / $41 | -600 | $14.5000 | $870,000.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$663,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 02/05/2018 | Sold | Put | Feb 9, 2018 / $41 | -30 | $1.3300 | $3,990.00 |
| 02/06/2018 | Bought | Put | Feb 9, 2018 / $41 | 30 | $0.2100 | -$630.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$3,360.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 02/06/2018 | Sold | Put | Feb 16, 2018 / $44 | -32 | $1.7000 | $5,440.00 |
| 02/16/2018 | Expired | Put | Feb 16, 2018 / $44 | 32 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$5,440.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 02/20/2018 | Sold | Put | Mar 16, 2018 / $47 | -33 | $3.0000 | $9,900.00 |
| 03/01/2018 | Sold | Put | Mar 16, 2018 / $47 | -12 | $1.0600 | $1,272.00 |
| 03/16/2018 | Expired | Put | Mar 16, 2018 / $47 | 45 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$11,172.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 03/07/2018 | Sold | Put | Mar 16, 2018 / $51 | -28 | $0.5200 | $1,456.00 |
| 03/16/2018 | Expired | Put | Mar 16, 2018 / $51 | 28 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,456.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 03/12/2018 | Sold | Call | Mar 16, 2018 / $59.5 | -250 | $0.8500 | $21,250.00 |
| 03/16/2018 | Bought | Call | Mar 16, 2018 / $59.5 | 250 | $0.8400 | -$21,000.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$250.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 03/16/2018 | Sold | Put | Mar 23, 2018 / $55 | -250 | $0.6800 | $17,000.00 |
| 03/20/2018 | Sold | Put | Mar 23, 2018 / $55 | -80 | $0.6500 | $5,200.00 |
| 03/26/2018 | Assigned | Put | Mar 23, 2018 / $55 | 330 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $22,200.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 03/19/2018 | Sold | Put | Mar 23, 2018 / $54 | -250 | $0.7500 | $18,750.00 |
| 03/23/2018 | Expired | Put | Mar 23, 2018 / $54 | 250 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $18,750.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 03/19/2018 | Sold | Put | Mar 23, 2018 / $54.5 | -150 | $0.8000 | $12,000.00 |
| 03/20/2018 | Sold | Put | Mar 23, 2018 / $54.5 | -19 | $0.6200 | $1,178.00 |
| 03/26/2018 | Assigned | Put | Mar 23, 2018 / $54.5 | 169 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $13,178.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 05/07/2018 | Sold | Put | May 18, 2018 / $49 | -150 | $1.7000 | $25,500.00 |
| 05/18/2018 | Expired | Put | May 18, 2018 / $49 | 150 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $25,500.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 05/14/2018 | Sold | Put | May 18, 2018 / $53 | -35 | $1.0100 | $3,535.00 |
| 05/18/2018 | Expired | Put | May 18, 2018 / $53 | 35 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $3,535.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 05/16/2018 | Sold | Put | Jun 1, 2018 / $53.5 | -235 | $1.3800 | $32,430.00 |
| 06/01/2018 | Expired | Put | Jun 1, 2018 / $53.5 | 235 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $32,430.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 05/21/2018 | Sold | Put | Jun 15, 2018 / $56.5 | -250 | $3.1500 | $78,750.00 |
| 06/15/2018 | Expired | Put | Jun 15, 2018 / $56.5 | 250 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $78,750.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 05/22/2018 | Sold | Put | Jun 15, 2018 / $57 | -100 | $1.7000 | $17,000.00 |
| 06/15/2018 | Expired | Put | Jun 15, 2018 / $57 | 100 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $17,000.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 05/31/2018 | Sold | Put | Jun 15, 2018 / $59 | -43 | $2.2500 | $9,675.00 |
| 05/31/2018 | Sold | Put | Jun 15, 2018 / $59 | -245 | $2.9800 | $73,010.00 |
| 06/05/2018 | Sold | Put | Jun 15, 2018 / $59 | -50 | $1.4500 | $7,250.00 |
| 06/18/2018 | Assigned | Put | Jun 15, 2018 / $59 | 338 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $89,935.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 05/31/2018 | Sold | Put | Jun 15, 2018 / $59.5 | -300 | $3.5400 | $106,200.00 |
| 06/01/2018 | Sold | Put | Jun 15, 2018 / $59.5 | -50 | $2.4300 | $12,150.00 |
| 06/18/2018 | Assigned | Put | Jun 15, 2018 / $59.5 | 350 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $118,350.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 06/01/2018 | Sold | Put | Jun 15, 2018 / $58.5 | -115 | $2.0000 | $23,000.00 |
| 06/18/2018 | Assigned | Put | Jun 15, 2018 / $58.5 | 115 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $23,000.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 06/04/2018 | Sold | Put | Jun 15, 2018 / $58 | -80 | $2.3500 | $18,800.00 |
| 06/04/2018 | Sold | Put | Jun 15, 2018 / $58 | -50 | $1.9500 | $9,750.00 |
| 06/04/2018 | Sold | Put | Jun 15, 2018 / $58 | -30 | $1.8000 | $5,400.00 |
| 06/04/2018 | Sold | Put | Jun 15, 2018 / $58 | -55 | $1.4600 | $8,030.00 |
| 06/15/2018 | Expired | Put | Jun 15, 2018 / $58 | 215 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $41,980.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 06/25/2018 | Bought | Call | Sep 21, 2018 / $50 | 2,000 | $7.2000 | -$1,440,000.00 |
| 06/25/2018 | Bought | Call | Sep 21, 2018 / $50 | 550 | $7.2000 | -$396,000.00 |
| 09/21/2018 | Expired | Call | Sep 21, 2018 / $50 | -2,550 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$1,836,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 06/25/2018 | Bought | Call | Sep 21, 2018 / $55 | 350 | $4.6500 | -$162,750.00 |
| 09/21/2018 | Expired | Call | Sep 21, 2018 / $55 | -350 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$162,750.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 06/26/2018 | Bought | Call | Sep 21, 2018 / $65 | 100 | $1.4500 | -$14,500.00 |
| 08/01/2018 | Bought | Call | Sep 21, 2018 / $65 | 50 | $0.3400 | -$1,700.00 |
| 08/01/2018 | Bought | Call | Sep 21, 2018 / $65 | 41 | $0.3300 | -$1,353.00 |
| 08/01/2018 | Bought | Call | Sep 21, 2018 / $65 | 218 | $0.3400 | -$7,412.00 |
| 09/21/2018 | Expired | Call | Sep 21, 2018 / $65 | -409 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$24,965.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 07/10/2018 | Bought | Call | Sep 21, 2018 / $60 | 1,000 | $2.3800 | -$238,000.00 |
| 09/21/2018 | Expired | Call | Sep 21, 2018 / $60 | -1,000 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$238,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 07/10/2018 | Bought | Call | Sep 21, 2018 / $57.5 | 3,000 | $3.3300 | -$999,000.00 |
| 09/21/2018 | Expired | Call | Sep 21, 2018 / $57.5 | -3,000 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$999,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 09/19/2018 | Bought | Call | Nov 16, 2018 / $55 | 90 | $0.9500 | -$8,550.00 |
| 09/19/2018 | Bought | Call | Nov 16, 2018 / $55 | 900 | $0.8800 | -$79,200.00 |
| 11/16/2018 | Expired | Call | Nov 16, 2018 / $55 | -990 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$87,750.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 09/26/2018 | Bought | Call | Nov 16, 2018 / $48 | 350 | $1.2800 | -$44,800.00 |
| 11/16/2018 | Expired | Call | Nov 16, 2018 / $48 | -350 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$44,800.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 09/26/2018 | Bought | Call | Jan 18, 2019 / $48 | 150 | $2.6300 | -$39,450.00 |
| 01/18/2019 | Expired | Call | Jan 18, 2019 / $48 | -150 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$39,450.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 09/26/2018 | Bought | Call | Nov 16, 2018 / $50 | 55 | $0.8500 | -$4,675.00 |
| 11/16/2018 | Expired | Call | Nov 16, 2018 / $50 | -55 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$4,675.00** |

**Options Total:    -$2,351,064.00**

**Novriyanto Lius' Net Loss**

| | |
|---|---|
| Common Stock: | -$424,875.21 |
| Options: | -$2,351,064.00 |
| **Net Loss:** | **-$2,775,939.21** |

**Name:** <u>**Thomas Fish**</u>

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 03/13/2018 | 3,400 | $60.0825 | -$204,280.50 | | $0.0000 | -$204,280.50 |
| 03/13/2018 | 16,600 | $60.0850 | -$997,411.00 | | $0.0000 | -$997,411.00 |
| 03/22/2018 | 10,000 | $58.9300 | -$589,300.00 | | $0.0000 | -$589,300.00 |
| 03/22/2018 | 10,000 | $58.8500 | -$588,500.00 | | $0.0000 | -$588,500.00 |
| 03/23/2018 | 5,000 | $56.0000 | -$280,000.00 | | $0.0000 | -$280,000.00 |
| 05/25/2018 | 943 | $60.7400 | -$57,277.82 | | $0.0000 | -$57,277.82 |
| 05/25/2018 | 4,057 | $60.7600 | -$246,503.32 | | $0.0000 | -$246,503.32 |
| 05/30/2018 | 10,000 | $62.7500 | -$627,500.00 | | $0.0000 | -$627,500.00 |
| 05/30/2018 | 4,788 | $62.5000 | -$299,250.00 | | $0.0000 | -$299,250.00 |
| 05/30/2018 | 212 | $62.4950 | -$13,248.94 | | $0.0000 | -$13,248.94 |
| 05/30/2018 | 10,000 | $62.1100 | -$621,100.00 | | $0.0000 | -$621,100.00 |
| 06/20/2018 | 10,000 | $59.5000 | -$595,000.00 | | $0.0000 | -$595,000.00 |
| 06/20/2018 | 15,000 | $59.4200 | -$891,300.00 | | $0.0000 | -$891,300.00 |

**Shares Remaining:** **100,000**                                              **Subtotal:** **-$6,010,671.58**

| 90-Day Average Price[2] | Shares Remaining | 90-Day Average: | $3,594,593.23 |
|---|---|---|---|
| $35.9459 | 100,000 | **Total:** | **-$2,416,078.35** |

[1] Option assignment.

[2] Using the average closing price between November 20, 2018 and February 15, 2019.

[3] Closing transaction for a position opened before the start of the Class Period.

| Movants' Combined Losses | |
|---|---|
| **Name** | **Net Loss** |
| Novriyanto Lius: | -$2,775,939.21 |
| Thomas Fish: | -$2,416,078.35 |
| **Combined Total:** | **-$5,192,017.56** |