UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE KNIFFIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, and DAVID A. ZINSNER,<br><br>            Defendants. | Case No.  1:19-cv-00678-WHP<br><br><br>DECLARATION IN SUPPORT OF MOTION OF THE MICRON INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| KJELL ROJVALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,<br><br>            Defendants. | Case No.  1:19-cv-00990-WHP |
| DAVIN M. POKOIK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER<br><br>            Defendants. | Case No.  1:19-cv-02136-WHP |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Anwer Ali, Hasnain Darwala, and Fernando Camarce  (collectively, the "Micron Investor Group") and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Micron Investor Group's motion for consolidation, appointment as Lead Plaintiff for the Class and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Press release announcing the pendency of the first-filed of the above captioned actions; |
| Exhibit B: | Shareholder Certifications executed by the members of the Micron Investor Group; |
| Exhibit C: | Loss chart of the Micron Investor Group; and |
| Exhibit D: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 25, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1