# EXHIBIT C

**Micron Technology, Inc. (MU)**
**Class Period: September 26, 2017 to November 19, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

90-Day* Mean Price $34.8881

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ali, Anwer | 1/11/2018 | 5,000 | $43.5000 | ($217,500) | 1/16/2018 | (5,000) | $43.5215 | $217,608 | | | |
| Ali, Anwer | 3/26/2018 | 1,500 | $54.0000 | ($81,000) | 5/10/2018 | (4,500) | $52.5709 | $236,569 | | | |
| Ali, Anwer | 5/10/2018 | 3,000 | $51.6700 | ($155,010) | 5/24/2018 | (20,000) | $61.7018 | $1,234,037 | | | |
| Ali, Anwer | 5/22/2018 | 10,000 | $59.0000 | ($590,000) | 6/8/2018 | (15,000) | $60.9559 | $914,338 | | | |
| Ali, Anwer | 5/22/2018 | 3,500 | $59.1000 | ($206,850) | 8/1/2018 | (500) | $53.1900 | $26,595 | | | |
| Ali, Anwer | 5/22/2018 | 2,525 | $59.1476 | ($149,348) | 8/2/2018 | (500) | $53.0400 | $26,520 | | | |
| Ali, Anwer | 5/22/2018 | 2,475 | $59.0713 | ($146,202) | 8/2/2018 | (1,000) | $53.2401 | $53,240 | | | |
| Ali, Anwer | 5/22/2018 | 1,500 | $59.1307 | ($88,696) | 8/6/2018 | (1,500) | $52.3394 | $78,509 | | | |
| Ali, Anwer | 6/1/2018 | 5,000 | $59.0500 | ($295,250) | 8/16/2018 | (8,200) | $48.1200 | $394,584 | | | |
| Ali, Anwer | 6/4/2018 | 5,000 | $57.9225 | ($289,612) | 8/17/2018 | (12,000) | $47.0400 | $564,480 | | | |
| Ali, Anwer | 6/5/2018 | 5,000 | $59.1287 | ($295,644) | 10/24/2018 | (7,050) | $36.8247 | $259,614 | | | |
| Ali, Anwer | 6/11/2018 | 10,000 | $61.1037 | ($611,037) | 10/24/2018 | (17,110) | $36.8100 | $629,820 | | | |
| Ali, Anwer | 6/12/2018 | 5,000 | $60.2587 | ($301,294) | 11/20/2018 | (11,050) | $36.1200 | $399,126 | | | |
| Ali, Anwer | 6/13/2018 | 4,500 | $60.0646 | ($270,291) | | | | | | | |
| Ali, Anwer | 8/1/2018 | 500 | $52.5000 | ($26,250) | | | | | | | |
| Ali, Anwer | 8/1/2018 | 500 | $52.3100 | ($26,155) | | | | | | | |
| Ali, Anwer | 8/6/2018 | 1,500 | $51.7500 | ($77,625) | | | | | | | |
| Ali, Anwer | 8/10/2018 | 1,700 | $51.3679 | ($87,325) | | | | | | | |
| Ali, Anwer | 8/28/2018 | 10,000 | $52.3400 | ($523,400) | | | | | | | |
| Ali, Anwer | 8/28/2018 | 9,778 | $52.3603 | ($511,979) | | | | | | | |
| Ali, Anwer | 8/28/2018 | 2,222 | $52.3799 | ($116,388) | | | | | | | |
| Ali, Anwer | 8/28/2018 | 1,000 | $52.2600 | ($52,260) | | | | | | | |
| Ali, Anwer | 9/4/2018 | 1,160 | $51.9300 | ($60,239) | | | | | | | |
| Ali, Anwer | 11/1/2018 | 2,000 | $37.8920 | ($75,784) | | | | | | | |
| Ali, Anwer | 11/6/2018 | 5,000 | $39.6738 | ($198,369) | | | | | | | |
| Ali, Anwer | 11/8/2018 | 2,000 | $40.7700 | ($81,540) | | | | | | | |
| Ali, Anwer | 11/8/2018 | 1,750 | $40.6900 | ($71,208) | | | | | | | |
| Ali, Anwer | 11/8/2018 | 300 | $40.7700 | ($12,231) | | | | | | | |
| **Ali, Anwer** | | **103,410** | | **($5,618,485)** | | **(103,410)** | | **$5,035,039** | **11,050** | **$0** | **($583,447)** |
| | | | | | | | | | | | |
| Darwala, Hasnain | 5/22/2018 | 10,000 | $60.4400 | ($604,400) | 5/24/2018 | (2,500) | $61.4400 | $153,600 | | | |
| Darwala, Hasnain | 5/31/2018 | 1,000 | $58.6800 | ($58,680) | 5/24/2018 | (2,500) | $61.5500 | $153,875 | | | |
| Darwala, Hasnain | 5/31/2018 | 1,000 | $58.7400 | ($58,740) | 5/24/2018 | (5,000) | $61.0515 | $305,258 | | | |
| Darwala, Hasnain | 5/31/2018 | 1,000 | $58.9000 | ($58,900) | 5/31/2018 | (1,000) | $58.8000 | $58,800 | | | |
| Darwala, Hasnain | 5/31/2018 | 1,000 | $58.8000 | ($58,800) | 12/21/2018 | (5,000) | $35.6273 | $178,136 | | | |
| Darwala, Hasnain | 5/31/2018 | 1,000 | $59.1575 | ($59,158) | 12/27/2018 | (2,500) | $35.0256 | $87,564 | | | |
| Darwala, Hasnain | 5/31/2018 | 1,000 | $59.2000 | ($59,200) | 12/31/2018 | (2,000) | $34.7756 | $69,551 | | | |
| Darwala, Hasnain | 5/31/2018 | 2,000 | $58.5082 | ($117,016) | 12/31/2018 | (2,000) | $34.7756 | $69,551 | | | |
| Darwala, Hasnain | 5/31/2018 | 1,000 | $58.7500 | ($58,750) | | | | | | | |
| Darwala, Hasnain | 5/31/2018 | 1,000 | $58.4785 | ($58,479) | | | | | | | |
| Darwala, Hasnain | 8/14/2018 | 500 | $50.3500 | ($25,175) | | | | | | | |
| Darwala, Hasnain | 8/15/2018 | 500 | $48.2885 | ($24,144) | | | | | | | |
| Darwala, Hasnain | 8/15/2018 | 250 | $48.0800 | ($12,020) | | | | | | | |
| Darwala, Hasnain | 8/15/2018 | 500 | $48.5400 | ($24,270) | | | | | | | |
| Darwala, Hasnain | 8/15/2018 | 500 | $48.9900 | ($24,495) | | | | | | | |
| Darwala, Hasnain | 8/15/2018 | 500 | $49.5000 | ($24,750) | | | | | | | |
| **Darwala, Hasnain** | | **22,750** | | **($1,326,977)** | | **(22,500)** | | **$1,076,335** | **11,750** | **$8,722** | **($241,920)** |

*Avg Closing Prices from Nov 20 2018 to Jan 30 2019

**Micron Technology, Inc. (MU)**
**Class Period: September 26, 2017 to November 19, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $34.8881 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| _Camarce, Fernando_ | | | | | | | | | | | |
| Account 1 | 8/6/2018 | 8,636 | $51.8000 | ($447,345) | 8/7/2018 | (800) | $53.2100 | $42,568 | | | |
| Account 1 | 8/14/2018 | 5,000 | $50.3200 | ($251,600) | 8/7/2018 | (900) | $53.2000 | $47,880 | | | |
| Account 1 | 8/14/2018 | 1,300 | $50.4900 | ($65,637) | 8/7/2018 | (1,000) | $53.2000 | $53,200 | | | |
| Account 1 | 8/14/2018 | 700 | $50.4900 | ($35,343) | 8/7/2018 | (5,936) | $53.2000 | $315,795 | | | |
| Account 1 | 8/15/2018 | 3,613 | $48.2200 | ($174,219) | 8/17/2018 | (6,000) | $47.1000 | $282,600 | | | |
| Account 1 | 8/15/2018 | 3,000 | $48.5100 | ($145,530) | | | | | | | |
| Account 1 | 8/15/2018 | 1,387 | $48.2100 | ($66,867) | | | | | | | |
| **Account 1** | | **23,636** | | **($1,186,541)** | | **(14,636)** | | **$742,043** | **9,000** | **$313,993** | **($130,505)** |
| Account 2 | 12/29/2017 | 5,000 | $41.4834 | ($207,417) | 1/2/2018 | (5,000) | $42.4800 | $212,400 | | | |
| Account 2 | 1/11/2018 | 5,400 | $42.8729 | ($231,514) | 1/17/2018 | (100) | $44.0300 | $4,403 | | | |
| Account 2 | 1/19/2018 | 5,480 | $43.2588 | ($237,058) | 1/17/2018 | (200) | $44.0100 | $8,802 | | | |
| Account 2 | 8/3/2018 | 5,000 | $52.5000 | ($262,500) | 1/17/2018 | (2,203) | $44.0000 | $96,932 | | | |
| Account 2 | 8/14/2018 | 8,100 | $50.1478 | ($406,197) | 1/17/2018 | (2,897) | $44.0200 | $127,526 | | | |
| Account 2 | | | | | 1/25/2018 | (5,480) | $44.5000 | $243,860 | | | |
| Account 2 | | | | | 8/7/2018 | (5,000) | $53.2032 | $266,016 | | | |
| Account 2 | | | | | 8/17/2018 | (2,000) | $47.1000 | $94,200 | | | |
| **Account 2** | | **28,980** | | **($1,344,686)** | | **(22,880)** | | **$1,054,139** | **6,100** | **$212,817** | **($77,730)** |
| **Camarce, Fernando** | | **52,616** | | **($2,531,227)** | | **(37,516)** | | **$1,796,182** | **15,100** | | **($208,235)** |
| _Summary_ | | | | | | | | | | | |
| Ali, Anwer | | 103,410 | | ($5,618,485) | | (103,410) | | $5,035,039 | 11,050 | | ($583,447) |
| Darwala, Hasnain | | 22,750 | | ($1,326,977) | | (22,500) | | $1,076,335 | 11,750 | | ($241,920) |
| Camarce, Fernando | | 52,616 | | ($2,531,227) | | (37,516) | | $1,796,182 | 15,100 | | ($208,235) |
| **Total** | | **178,776** | | **($9,476,689)** | | **(163,426)** | | **$7,907,556** | **37,900** | | **($1,033,601)** |

*Avg Closing Prices from Nov 20 2018 to Jan 30 2019