**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER, <br><br> Defendants. | No. 1:19-cv-00678-WHP <br><br> **DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF BHARAT CHANDAK'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL** |
| KJELL ROJVALL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER, <br><br> Defendants. | No. 1:19-cv-00990-WHP |

*(captions continue on next page)*

DAVIN M. POKOIK, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,

Defendants.

No. 1:19-cv-02136-WHP

I, Richard W. Gonnello, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Bharat Chandak ("Chandak") for (1) consolidation; (2) appointment as Lead Plaintiff; and (3) approval of Chandak's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

2.      Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:      Notice of Pendency of Class Action

Exhibit B:      PSLRA Certification of Chandak

Exhibit C:      Chart of Chandak's Losses

Exhibit D:      Firm Resume of Faruqi & Faruqi, LLP

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of March, 2019 at New York, NY.

*/s/ Richard W. Gonnello*
Richard W. Gonnello

1