# Exhibit B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Bharat Chandak, ("Plaintiff"), declare, as to the claims asserted under the federal securities laws, that:

1.   Plaintiff has reviewed a draft complaint against Micron Technology, Inc. and has authorized the filing of a motion to be appointed lead plaintiff.

2.   Plaintiff selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.   Plaintiff did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4.   Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.   Plaintiff's transactions in Micron Technology, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6.   In the past three years, Plaintiff has not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws, except as specified below:


7.   Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.  Plaintiff further understands that this is not a claim form and that Plaintiff's ability to share in any recovery as a member of the class is unaffected by Plaintiff's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 25 day of March, 2019.


_____
Bharat Chandak

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 03/13/2018 | 500 | $59.5299 |
| Purchase | 03/13/2018 | 500 | $59.5300 |
| Purchase | 03/13/2018 | 3,000 | $60.00 |
| Purchase | 03/14/2018 | 5,000 | $59.8200 |
| Sale | 03/14/2018 | -4,000 | $60.00 |
| Purchase | 03/16/2018 | 5,000 | $60.5600 |
| Sale | 03/16/2018 | -5,000 | $60.00 |
| Sale | 03/20/2018 | -4,000 | $61.1400 |
| Purchase | 03/21/2018 | 4,000 | $60.900 |
| Purchase | 05/29/2018 | 1,387 | $62.9800 |
| Purchase | 05/29/2018 | 200 | $62.9850 |
| Purchase | 05/29/2018 | 1,913 | $62.9900 |
| Sale | 05/29/2018 | -5,000 | $63.500 |
| Purchase | 05/30/2018 | 1,000 | $62.7200 |
| Purchase | 05/30/2018 | 1,500 | $63.00 |
| Purchase | 05/30/2018 | 3,500 | $63.7500 |
| Sale | 05/30/2018 | -3,500 | $64.1500 |
| Sale | 05/31/2018 | -6,000 | $57.9200 |
| Purchase | 05/31/2018 | 6,000 | $58.7500 |
| Purchase | 06/12/2018 | 6,000 | $60.5300 |
| Purchase | 06/22/2018 | 435 | $57.9800 |
| Purchase | 06/22/2018 | 400 | $57.9900 |
| Purchase | 06/22/2018 | 4,165 | $58.00 |
| Purchase | 06/22/2018 | 5,000 | $58.700 |
| Sale | 06/26/2018 | -1,900 | $54.4210 |
| Sale | 06/26/2018 | -100 | $54.4300 |
| Sale | 06/28/2018 | -2,000 | $52.5210 |
| Sale | 06/28/2018 | -6,800 | $52.4100 |
| Sale | 06/28/2018 | -600 | $52.4143 |
| Sale | 06/28/2018 | -600 | $52.4168 |