# EXHIBIT C

| | |
|---|---|
| **Losses in:** | Micron Technology, Inc. |
| **90-Day Price:** | $35.9598 |
| **Class Period:** | 9/26/2017 - 11/19/2018 |
| **Investor:** | Bharat Chandak |



FARUQI & FARUQI LLP

| OPEN TRANSACTIONS | | | | | | | CLOSE TRANSACTIONS | | | | | | | Matched Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | | Transaction | Security | Date | Quantity | Price | Total | | |
| Purchase | Common Stock | 03/13/2018 | 500 | $59.5299 | $29,764.9500 | | | | | | | | | |
| Purchase | Common Stock | 03/13/2018 | 500 | $59.5300 | $29,765.00 | | | | | | | | | |
| Purchase | Common Stock | 03/13/2018 | 3,000 | $60.00 | $180,000.00 | | | | | | | | | |
| Purchase | Common Stock | 03/14/2018 | 5,000 | $59.8200 | $299,100.00 | 1,000 | Sale | Common Stock | 03/14/2018 | -4,000 | $60.00 | -$240,000.00 | | -$720.00 |
| Purchase | Common Stock | 03/16/2018 | 5,000 | $60.5600 | $302,800.00 | | Sale | Common Stock | 03/16/2018 | -5,000 | $60.00 | -$300,000.00 | | |
| | | | | | | | Sale | Common Stock | 03/20/2018 | -4,000 | $61.1400 | -$244,560.00 | | -$1,940.00 |
| Purchase | Common Stock | 03/21/2018 | 4,000 | $60.900 | $243,600.00 | 2,500 | | | | | | | | |
| Purchase | Common Stock | 05/29/2018 | 1,387 | $62.9800 | $87,353.2600 | | | | | | | | | |
| Purchase | Common Stock | 05/29/2018 | 200 | $62.9850 | $12,597.00 | | | | | | | | | |
| Purchase | Common Stock | 05/29/2018 | 1,913 | $62.9900 | $120,499.8700 | | Sale | Common Stock | 05/29/2018 | -5,000 | $63.500 | -$317,500.00 | | -$5,699.8700 |
| Purchase | Common Stock | 05/30/2018 | 1,000 | $62.7200 | $62,720.00 | | | | | | | | | |
| Purchase | Common Stock | 05/30/2018 | 1,500 | $63.00 | $94,500.00 | | | | | | | | | |
| Purchase | Common Stock | 05/30/2018 | 3,500 | $63.7500 | $223,125.00 | | Sale | Common Stock | 05/30/2018 | -3,500 | $64.1500 | -$224,525.00 | | |
| Purchase | Common Stock | 05/31/2018 | 6,000 | $58.7500 | $352,500.00 | | Sale | Common Stock | 05/31/2018 | -6,000 | $57.9200 | -$347,520.00 | | $20,079.9500 |
| Purchase | Common Stock | 06/12/2018 | 6,000 | $60.5300 | $363,180.00 | 4,000 | | | | | | | | |
| Purchase | Common Stock | 06/22/2018 | 435 | $57.9800 | $25,221.300 | | | | | | | | | |
| Purchase | Common Stock | 06/22/2018 | 400 | $57.9900 | $23,196.00 | | | | | | | | | |
| Purchase | Common Stock | 06/22/2018 | 4,165 | $58.00 | $241,570.00 | | | | | | | | | |
| Purchase | Common Stock | 06/22/2018 | 5,000 | $58.700 | $293,500.00 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 06/26/2018 | -1,900 | $54.4210 | -$103,399.900 | | |
| | | | | | | | Sale | Common Stock | 06/26/2018 | -100 | $54.4300 | -$5,443.00 | | |
| | | | | | | | Sale | Common Stock | 06/28/2018 | -2,000 | $52.5210 | -$105,042.00 | | |
| | | | | | | | Sale | Common Stock | 06/28/2018 | -6,800 | $52.4100 | -$356,388.00 | | |
| | | | | | | | Sale | Common Stock | 06/28/2018 | -600 | $52.4143 | -$31,448.5800 | | |
| | | | | | | | Sale | Common Stock | 06/28/2018 | -600 | $52.4168 | -$31,450.0800 | Lookback Price | $71,375.7400 |
| | | | | | | | Sale | Common Stock | 12/17/2018 | -500 | $33.8800 | -$16,940.00 | $36.5005 | |
| | | | | | | | Sale | Common Stock | 12/17/2018 | -2,000 | $34.8219 | -$69,643.800 | $36.5005 | |
| | | | | | | | Sale | Common Stock | 12/19/2018 | -500 | $33.1500 | -$16,575.00 | $36.1443 | |
| | | | | | | | Sale | Common Stock | 12/20/2018 | -1,000 | $32.7500 | -$32,750.00 | $35.9232 | |
| | | | | | | | Sale | Common Stock | 12/24/2018 | -954 | $28.8800 | -$27,551.5200 | $35.4021 | |
| | | | | | | | Sale | Common Stock | 12/24/2018 | -46 | $28.900 | -$1,329.400 | $35.4021 | |
| | | | | | | | Sale | Common Stock | 01/02/2019 | -4,800 | $31.600 | -$151,680.00 | $34.7766 | |
| | | | | | | | Sale | Common Stock | 01/02/2019 | -200 | $31.6100 | -$6,322.00 | $34.7766 | $240,088.5164 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Class Period Purchases | 49,500 | Total Costs | $2,984,992.3800 | | Class Period Sales | -39,500 | Total Proceeds | -$2,307,276.5600 | Matched Loss* | $323,184.3364 |
| | | | | | | Shares Held Post-Class Period | 10,000 | | | Unmatched Loss** | $0.00 |
| | | | | | | | | | | Total Loss | $323,184.3364 |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 49,500 |
| Net Shares Purchased | 10,000 |
| Net Funds Expended | $677,715.8200 |
| Approximate LIFO Loss | $323,184.3364 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.