UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                                          x
VANCE KNIFFIN, Individually and on Behalf : Civil Action No. 1:19-cv-00678-WHP
of All Others Similarly Situated,
                                          :
                          Plaintiff,        CLASS ACTION
                                          :
          vs.                             :

MICRON TECHNOLOGY, INC., SANJAY           :
MEHROTRA and DAVID A. ZINSNER,            :
                          Defendants.     :
                                          :
KJELL ROJVALL, Individually and on Behalf : Civil Action No. 1:19-cv-00990-WHP
of All Others Similarly Situated,
                                          :
                          Plaintiff,        CLASS ACTION
                                          :
          vs.                             :

MICRON TECHNOLOGY, INC., SANJAY           :
MEHROTRA, ERNEST E. MADDOCK and           :
DAVID A. ZINSNER,                         :
                          Defendants.     :
                                          :
DAVIN M. POKOIK, Individually and on      : Civil Action No. 1:19-cv-02136-WHP
Behalf of All Others Similarly Situated,
                                          :
                          Plaintiff,        CLASS ACTION
                                          :
          vs.                             :

MICRON TECHNOLOGY, INC., SANJAY           :
MEHROTRA, ERNEST E. MADDOCK and           :
DAVID A. ZINSNER,                         :
                          Defendants.     :
                                          :
                                                          x


THE SEAFARERS FUNDS' NOTICE OF MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF
LEAD COUNSEL

1545441_1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed lead plaintiff Seafarers Pension Plan, Seafarers Health and Benefits Plan, Seafarers Vacation Plan, United Industrial Workers Pension Plan, Seafarers Officers & Employees Pension Plan, Seafarers Money Purchase Pension Plan, and MCS Supplementary Pension Plan (collectively, the "Seafarers Funds") will move this Court, on a date and time as may be designated by the Court, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order: (1) consolidating the above-captioned related actions presently pending before this Court; (2) appointing the Seafarers Funds as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*; and (3) approving the Seafarers Funds' selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the proposed class. In support of this Motion, the Seafarers Funds submit the accompanying Memorandum of Law, Declaration of David A. Rosenfeld, and [Proposed] Order.

DATED:  March 25, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

1545441_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 25, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
     & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

1545441_1

# Mailing Information for a Case 1:19-cv-00678-WHP Kniffin v. Micron Technology, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas Gregory Blankinship**
  gblankinship@fbfglaw.com

- **Richard William Gonnello**
  rgonnello@faruqilaw.com,msullivan@faruqilaw.com,ecf@faruqilaw.com,klenahan@faruqilaw.com,dbehnke@faruqilaw.com

- **Avi Josefson**
  avi@blbglaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Eduard Korsinsky**
  ek@zlk.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,managingclerk@stblaw.com,nanderson@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
State of Rhode Island Office of the General Treasurer, on behalf of the Employees Retirement System of Rhode Island
,
```