UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

VANCE KNIFFIN, Individually and on Behalf :    Civil Action No. 1:19-cv-00678-WHP
of All Others Similarly Situated,    :

         Plaintiff,    :    <u>CLASS ACTION</u>

         vs.    :

MICRON TECHNOLOGY, INC., SANJAY : 
MEHROTRA and DAVID A. ZINSNER,    :

         Defendants.    :

———————————————————————— :

KJELL ROJVALL, Individually and on Behalf :    Civil Action No. 1:19-cv-00990-WHP
of All Others Similarly Situated,    :

         Plaintiff,    :    <u>CLASS ACTION</u>

         vs.    :

MICRON TECHNOLOGY, INC., SANJAY : 
MEHROTRA, ERNEST E. MADDOCK and : 
DAVID A. ZINSNER,    :

         Defendants.    :

———————————————————————— :

DAVIN M. POKOIK, Individually and on :    Civil Action No. 1:19-cv-02136-WHP
Behalf of All Others Similarly Situated,    :

         Plaintiff,    :    <u>CLASS ACTION</u>

         vs.    :

MICRON TECHNOLOGY, INC., SANJAY : 
MEHROTRA, ERNEST E. MADDOCK and : 
DAVID A. ZINSNER,    :

         Defendants.    :

———————————————————————— x

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF THE SEAFARERS FUNDS'
MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF LEAD COUNSEL

1545446_1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for Seafarers Pension Plan, Seafarers Health and Benefits Plan, Seafarers Vacation Plan, United Industrial Workers Pension Plan, Seafarers Officers & Employees Pension Plan, Seafarers Money Purchase Pension Plan, and MCS Supplementary Pension Plan (collectively, the "Seafarers Funds") in the above-captioned actions.  I make this declaration in support of the Seafarers Funds' Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Notice of pendency of class action published in *Globe Newswire* on January 23, 2019;

Exhibit 2:      The Seafarers Funds' Certifications;

Exhibit 3:      The Seafarers Funds' loss estimate, prepared by counsel; and

Exhibit 4:      Robbins Geller Rudman & Dowd LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of March, 2019, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

1545446_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 25, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: drosenfeld@rgrdlaw.com

1545446_1

# Mailing Information for a Case 1:19-cv-00678-WHP Kniffin v. Micron Technology, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas Gregory Blankinship**
  gblankinship@fbfglaw.com

- **Richard William Gonnello**
  rgonnello@faruqilaw.com,msullivan@faruqilaw.com,ecf@faruqilaw.com,klenahan@faruqilaw.com,dbehnke@faruqilaw.com

- **Avi Josefson**
  avi@blbglaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Eduard Korsinsky**
  ek@zlk.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,managingclerk@stblaw.com,nanderson@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
State of Rhode Island Office of the General Treasurer, on behalf of the Employees Retirement System of Rhode Island
,
```