# EXHIBIT 2

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

SEAFARERS PENSION PLAN ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Hain Celestial Group Inc. Sec. Litig.*, No. 2:16-cv-4581 (E.D.N.Y.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of February, 2019.

SEAFARERS PENSION PLAN

By: _Margaret R. Bowen_
Margaret R. Bowen, Administrator

MICRON

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/26/2018 | 14,800 | $53.94 |
| 11/05/2018 | 6,900 | $39.04 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

SEAFARERS HEALTH AND BENEFITS PLAN ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*None.*

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of February, 2019.

SEAFARERS HEALTH AND BENEFITS PLAN

By: _____
Margaret R. Bowen, Administrator

MICRON

SCHEDULE A

SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/29/2018 | 14,000 | $52.89 |
| 11/01/2018 | 9,859 | $39.11 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 03/08/2018 | 500 | $55.43 |
| 03/12/2018 | 1,100 | $57.90 |
| 03/12/2018 | 2,200 | $60.14 |
| 05/22/2018 | 500 | $60.27 |
| 05/29/2018 | 2,200 | $63.88 |
| 05/30/2018 | 1,160 | $64.13 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

SEAFARERS VACATION PLAN ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*None.*

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5ᵗʰ day of February, 2019.

SEAFARERS VACATION PLAN

By: _Margaret R. Bowen_____
       Margaret R. Bowen, Administrator

MICRON

SCHEDULE A

SECURITIES TRANSACTIONS

Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/23/2018 | 2,656 | $43.58 |
| 08/31/2018 | 2,343 | $52.59 |
| 09/28/2018 | 1,313 | $45.15 |
| 11/01/2018 | 2,185 | $38.89 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 10/03/2017 | 1,000 | $40.29 |
| 03/08/2018 | 380 | $55.43 |
| 03/12/2018 | 340 | $57.90 |
| 03/12/2018 | 650 | $60.14 |
| 05/22/2018 | 110 | $60.27 |
| 05/29/2018 | 660 | $63.88 |
| 05/30/2018 | 350 | $64.13 |
| 06/11/2018 | 1,888 | $61.38 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

UNITED INDUSTRIAL WORKERS PENSION PLAN ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Hain Celestial Group Inc. Sec. Litig.*, No. 2:16-cv-4581 (E.D.N.Y.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of February, 2019.

UNITED INDUSTRIAL WORKERS
PENSION PLAN

By: _____
Margaret R. Bowen, Administrator

MICRON

## SCHEDULE A

### SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/26/2018 | 1,400 | $53.94 |
| 11/05/2018 | 750 | $39.04 |

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

SEAFARERS OFFICERS & EMPLOYEES PENSION PLAN ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Hain Celestial Group Inc. Sec. Litig.*, No. 2:16-cv-4581 (E.D.N.Y.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of February, 2019.

SEAFARERS OFFICERS & EMPLOYEES
PENSION PLAN

By: _Margaret R. Bowen_
Margaret R. Bowen, Trustee

MICRON

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/26/2018 | 950 | $53.94 |
| 11/05/2018 | 500 | $39.05 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

SEAFARERS MONEY PURCHASE PENSION PLAN ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Hain Celestial Group Inc. Sec. Litig.*, No. 2:16-cv-4581 (E.D.N.Y.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of February, 2019.

SEAFARERS MONEY PURCHASE
PENSION PLAN

By: _____
Margaret R. Bowen, Administrator

MICRON

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/26/2018 | 900 | $53.94 |
| 11/05/2018 | 515 | $39.03 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

MCS SUPPLEMENTARY PENSION PLAN ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Hain Celestial Group Inc. Sec. Litig.*, No. 2:16-cv-4581 (E.D.N.Y.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of February, 2019.

MCS SUPPLEMENTARY PENSION PLAN

By: _____
Margaret R. Bowen, Administrator

MICRON

## SCHEDULE A

### SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/26/2018 | 47 | $53.94 |
| 11/05/2018 | 25 | $39.05 |