# EXHIBIT 3

Movants' Purchases and Losses Class Period: 09/26/2017 - 11/19/2018

Micron Technology

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Seafarers Pension Plan** | 06/26/2018 | 14,800 | $53.94 | $798,366.76 | held | 21,700 | $35.95 | $780,008.34 | |
| | 11/05/2018 | 6,900 | $39.04 | $269,405.67 | | | | | |
| | | **21,700** | | **$1,067,772.43** | | **21,700** | | **$780,008.34** | **($287,764.09)** |
| **Seafarers Health and Benefits Plan** | 06/29/2018 | 14,000 | $52.89 | $740,419.40 | held | 23,859 | $35.95 | $857,613.78 | |
| | 11/01/2018 | 9,859 | $39.11 | $385,542.11 | | | | | |
| | | **23,859** | | **$1,125,961.51** | | **23,859** | | **$857,613.78** | **($268,347.73)** |
| **Seafarers Vacation Plan** | 01/23/2018 | 2,656 | $43.58 | $115,741.57 | held | 8,497 | $35.95 | $305,425.39 | |
| | 08/31/2018 | 2,343 | $52.59 | $123,218.84 | | | | | |
| | 09/28/2018 | 1,313 | $45.15 | $59,285.50 | | | | | |
| | 11/01/2018 | 2,185 | $38.89 | $84,969.41 | | | | | |
| | | **8,497** | | **$383,215.31** | | **8,497** | | **$305,425.39** | **($77,789.93)** |
| **United Industrial Workers Pension Plan** | 06/26/2018 | 1,400 | $53.94 | $75,521.18 | held | 2,150 | $35.95 | $77,281.93 | |
| | 11/05/2018 | 750 | $39.04 | $29,279.33 | | | | | |
| | | **2,150** | | **$104,800.51** | | **2,150** | | **$77,281.93** | **($27,518.57)** |
| **Seafarers Officers & Employees Pension Plan** | 06/26/2018 | 950 | $53.94 | $51,246.52 | held | 1,450 | $35.95 | $52,120.37 | |
| | 11/05/2018 | 500 | $39.05 | $19,524.00 | | | | | |
| | | **1,450** | | **$70,770.52** | | **1,450** | | **$52,120.37** | **($18,650.14)** |
| **Seafarers Money Purchase Pension Plan** | 06/26/2018 | 900 | $53.94 | $48,549.33 | held | 1,415 | $35.95 | $50,862.29 | |
| | 11/05/2018 | 515 | $39.03 | $20,100.45 | | | | | |
| | | **1,415** | | **$68,649.78** | | **1,415** | | **$50,862.29** | **($17,787.49)** |
| **MCS Supplementary Pension Plan** | 06/26/2018 | 47 | $53.94 | $2,535.35 | held | 72 | $35.95 | $2,588.05 | |
| | 11/05/2018 | 25 | $39.05 | $976.25 | | | | | |
| | | **72** | | **$3,511.60** | | **72** | | **$2,588.05** | **($923.56)** |
| **Movants' Total** | | **59,143** | | **$2,824,681.66** | | **59,143** | | **$2,125,900.15** | **($698,781.51)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $35.95 as of February 15, 2019 for common stock.