**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| VANCE KNIFFIN, Individually And On Behalf of All Others Similarly Situated, | ) ) ) | No. 1:19-cv-00678 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER, | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| KJELL ROJVALL, Individually And On Behalf of All Others Similarly Situated, | ) ) ) | No. 1:19-cv-00990 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, AND DAVID A. ZINSNER, | ) ) ) ) | |
| Defendants. | ) ) | |

(additional case caption continued on following page)

DAVIN M. POKOIK, Individually And
On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

MICRON TECHNOLOGY, INC., SANJAY
MEHROTRA, ERNEST E. MADDOCK,
AND DAVID A. ZINSNER,

Defendants.

No. 1:19-cv-02136

**NOTICE OF MOTION OF DR. EARLE THORNHILL TO CONSOLIDATE RELATED
ACTIONS TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED
LEAD PLAINTIFF'S CHOICE OF COUNSEL**

**PLEASE TAKE NOTICE** that the Class members and proposed Lead Plaintiff Dr. Earle Thornhill ("Dr. Thornhill" or "Movant") will move this Court, on a date and time as may be designated by the Court, for an order: (1) consolidating the related securities class actions filed against Micron Technology, Inc. ("Micron" or the "Company") and various other Defendants; (2) appointing Movant as Lead Plaintiff pursuant to the claims asserted herein, which arise under §§10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78i, 78j(b) and 78t(a), and Rule 10b-5, 17 C.F.R. §240.10b-5; and (3) approving Movant's selection of Kahn Swick & Foti, LLC as Lead Counsel on behalf of the proposed Class.

DATED: March 25, 2019          Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (KM-6996)
250 Park Avenue, Suite 2040
New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras St., Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@@ksfcounsel.com

*Counsel for Movant Dr. Earle Thornhill and*
*Proposed Lead Counsel for the Class*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on March 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/ Kim E. Miller*
Kim E. Miller