**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, Individually And On Behalf of All Others Similarly Situated, | No. 1:19-cv-00678 |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER, | |
| Defendants. | |

| | |
|---|---|
| KJELL ROJVALL, Individually And On Behalf of All Others Similarly Situated, | No. 1:19-cv-00990 |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, AND DAVID A. ZINSNER, | |
| Defendants. | |

(additional case caption continued on following page)

|  | ) |  |
| --- | --- | --- |
| DAVIN M. POKOIK, Individually And | ) |  |
| On Behalf of All Others Similarly Situated, | ) | **No. 1:19-cv-02136** |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| MICRON TECHNOLOGY, INC., SANJAY | ) |  |
| MEHROTRA, ERNEST E. MADDOCK, | ) |  |
| AND DAVID A. ZINSNER, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF
DR. EARLE THORNHILL TO CONSOLIDATE RELATED ACTIONS
TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE
PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

I, Kim E. Miller, hereby declare as follows:

1.    I am a member in good standing of the bar of New York and a member of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for Lead Plaintiff Movant Dr. Earle Thornhill ("Movant"). I submit this Declaration in support of the Motion filed by Movant to: (1) consolidate related cases; (2) be appointed as Lead Plaintiff; and (2) approve Proposed Lead Plaintiff's selection of Lead Counsel for the Class.

2.    Attached hereto as Exhibits are true and correct copies of the following:

Exhibit A:    Certification of Dr. Earle Thornhill along with a detailed listing of his transactions in Micron Technology, Inc. common stock from September 26, 2017 through November 19, 2018, inclusive.

Exhibit B:    Loss Chart of Dr. Earle Thornhill reflecting his transactions in Micron Technology, Inc. common stock September 26, 2017 through November 19, 2018, inclusive.

Exhibit C:    Published Notice on *Globe Newswire* on January 23, 2019 of the first securities class action complaint filed, in this matter, in the United States District Court for Southern District of New York.

1

Exhibit D:    Firm Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC.

Exhibit E:    Declaration of Dr. Earle Thornhill in Support of His Motion to Consolidate Related Actions to Be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel.

I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct.

Executed this 25th day of March, 2019, at New York, New York,

*/s/ Kim E. Miller*
Kim E. Miller

2