# EXHIBIT B

**Class Period Losses of Dr. Earle Thornhill in Common Stock of Micron Technology, Inc. (NASDAQ "MU")**

| | |
|---|---|
| *CP Begins:* | 9/26/2017 |
| *Partial Disclosure:* | 10/15/2018 |
| *CP Ends:* | 11/19/2018 |
| *90-Day Lookback:* | 2/17/2019 |
| *Lookback Value:* | $35.95 |

**Account No. 1:**

| Purchase Date: | Quantity: | Cost/Share: | Total Cost: | Sale Date/Held: | Proceeds/Share: | Total Proceeds: | GAIN/(LOSS): |
|---|---|---|---|---|---|---|---|
| 5/17/2018 | 3,223 | $53.95 | -$173,880.85 | HELD* | $35.95 | $115,851.01 | -$58,029.84 |
| 6/19/2018 | 1,500 | $57.70 | -$86,550.00 | HELD* | $35.95 | $53,917.63 | -$32,632.37 |
| 6/19/2018 | 28 | $57.66 | -$1,614.39 | HELD* | $35.95 | $1,006.46 | -$607.93 |
| | 4,751 | | -$262,045.24 | | | $170,775.10 | -$91,270.14 |

**Account No. 2:**

| Purchase Date: | Quantity: | Cost/Share: | Total Cost: | Sale Date/Held: | Proceeds/Share: | Total Proceeds: | GAIN/(LOSS): |
|---|---|---|---|---|---|---|---|
| 5/17/2018 | 622 | $53.95 | -$33,556.90 | HELD* | $35.95 | $22,357.84 | -$11,199.06 |
| 6/19/2018 | 173 | $57.62 | -$9,968.26 | HELD* | $35.95 | $6,218.50 | -$3,749.76 |
| | 795 | | -$43,525.16 | | | $28,576.34 | -$14,948.82 |

**Account No. 3:**

| Purchase Date: | Quantity: | Cost/Share: | Total Cost: | Sale Date/Held: | Proceeds/Share: | Total Proceeds: | GAIN/(LOSS): |
|---|---|---|---|---|---|---|---|
| 5/25/2018 | 84 | $61.38 | -$5,155.92 | HELD* | $35.95 | $3,019.39 | -$2,136.53 |
| | | | -$5,155.92 | | | $3,019.39 | -$2,136.53 |

**Account No. 4:**

| Purchase Date: | Quantity: | Cost/Share: | Total Cost: | Sale Date: | Quantity: | Proceeds/Share: | Total Proceeds: | GAIN/(LOSS): |
|---|---|---|---|---|---|---|---|---|
| 4/2/2018 | 23 | $50.30 | $1,156.90 | | | | | |
| 4/4/2018 | 500 | $49.67 | $24,835.00 | | | | | |
| 4/5/2018 | 1,505 | $49.80 | $74,949.00 | | | | | |
| 4/19/2018 | 4,855 | $51.38 | $249,449.90 | | | | | |
| 4/24/2018 | 3,185 | $47.04 | $149,822.40 | | | | | |
| 4/27/2018 | 11,032 | $47.60 | $525,123.20 | | | | | |
| | | | | 5/9/2018 | 21,100 | $50.15 | $1,058,165.00 | $32,828.60 |
| 4/27/2018 | 3,368 | $47.60 | $160,316.80 | | | | | |
| 4/27/2018 | 2,100 | $48.41 | $101,661.00 | | | | | |
| 4/27/2018 | 3,097 | $48.56 | $150,390.32 | | | | | |
| 4/27/2018 | 1,003 | $47.59 | $47,732.77 | | | | | |
| 4/27/2018 | 500 | $47.57 | $23,785.00 | | | | | |
| | | | | 4/27/2018 | 10,068 | $50.42 | $507,628.56 | $23,742.67 |
| 4/30/2018 | 2,132 | $46.90 | $99,990.80 | | | | | |
| | | | | 5/9/2018 | 2,132 | $50.15 | $106,919.80 | $6,929.00 |
| 4/30/2018 | 2,150 | $46.40 | $99,760.00 | | | | | |
| | | | | 5/3/2018 | 2,150 | $46.57 | $100,125.50 | $365.50 |
| 5/8/2018 | 32,410 | $48.45 | $1,570,264.50 | | | | | |
| | | | | 5/8/2018 | 3,500 | $48.76 | $170,660.00 | |
| | | | | 5/8/2018 | 100 | $48.75 | $4,875.00 | |
| | | | | 5/8/2018 | 7,700 | $48.74 | $375,298.00 | |
| | | | | 5/8/2018 | 2,100 | $48.73 | $102,333.00 | |
| | | | | 5/8/2018 | 15,910 | $48.72 | $775,135.20 | |
| | | | | 5/8/2018 | 3,100 | $48.75 | $151,125.00 | $9,161.70 |
| 5/11/2018 | 37,538 | $51.85 | $1,946,345.30 | | | | | |
| 5/11/2018 | 5,599 | $51.80 | $290,028.20 | | | | | |
| 5/11/2018 | 4,793 | $51.84 | $248,469.12 | | | | | |
| | | | | 5/11/2018 | 2,100 | $52.58 | $110,418.00 | |
| | | | | 5/11/2018 | 3,300 | $52.57 | $173,481.00 | |
| | | | | 5/11/2018 | 5,869 | $52.56 | $308,474.64 | |
| | | | | 5/11/2018 | 9,012 | $52.55 | $473,580.60 | |
| | | | | 5/11/2018 | 7,670 | $52.54 | $402,981.80 | |
| | | | | 5/11/2018 | 4,909 | $52.53 | $257,869.77 | |
| | | | | 5/11/2018 | 4,678 | $52.52 | $245,688.56 | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Gain/Loss | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 5/11/2018 | 10,392 | $52.51 | $545,683.92 | $33,335.67 | |
| 5/17/2018 | 52,747 | $55.00 | $2,901,085.00 | | | | | | |
| | | | | 5/21/2018 | 52,747 | $55.77 | $2,941,700.19 | $40,615.19 | |
| 5/22/2018 | 9,900 | $59.90 | $593,010.00 | | | | | | |
| 5/22/2018 | 39,853 | $59.89 | $2,386,796.17 | | | | | | |
| | | | | 5/23/2018 | 49,753 | $59.96 | $2,983,189.88 | $3,383.71 | |
| 5/25/2018 | 24,500 | $60.86 | $1,491,070.00 | | | | | | |
| 5/25/2018 | 5,100 | $60.83 | $310,233.00 | | | | | | |
| 5/25/2018 | 8,637 | $61.10 | $527,720.70 | | | | | | |
| | | | | 5/29/2018 | 3,000 | $63.16 | $189,480.00 | | |
| | | | | 5/29/2018 | 4,161 | $63.15 | $262,767.15 | | |
| | | | | 5/29/2018 | 2,500 | $63.14 | $157,850.00 | | |
| | | | | 5/29/2018 | 3,385 | $63.13 | $213,691.87 | | |
| | | | | 5/29/2018 | 608 | $63.12 | $38,376.96 | | |
| | | | | 5/29/2018 | 1,210 | $63.11 | $76,363.10 | | |
| | | | | 5/29/2018 | 23,373 | $63.10 | $1,474,836.30 | $84,341.68 | |
| 5/30/2018 | 3,980 | $63.90 | $254,322.00 | | | | | | |
| 5/30/2018 | 33,460 | $63.88 | $2,137,424.80 | | | | | | |
| 6/13/2018 | 2,500 | $60.18 | $150,450.00 | | | | | | |
| | | | | 10/26/2018 | 2,509 | $35.70 | $89,571.30 | | |
| | | | | 10/26/2018 | 3,971 | $35.70 | $141,760.73 | | |
| | | | | 10/29/2018 | 1,830 | $34.74 | $63,574.20 | | |
| | | | | 10/29/2018 | 7,456 | $34.73 | $258,946.88 | | |
| | | | | 10/29/2018 | 24,174 | $34.72 | $839,321.28 | -$1,149,022.41 | PD |
| 6/13/2018 | 2,500 | $60.22 | $150,550.00 | | | | | | |
| | | | | 6/13/2018 | 2,500 | $60.16 | $150,400.00 | -$150.00 | |
| 6/14/2018 | 6,089 | $59.16 | $360,225.24 | | | | | | |
| 6/15/2018 | 720 | $58.85 | $42,372.00 | | | | | | |
| 6/15/2018 | 3,971 | $58.85 | $233,699.31 | | | | | | |
| | | | | 10/25/2018 | 720 | $36.05 | $25,956.00 | | |
| | | | | 10/26/2018 | 10,060 | $35.70 | $359,142.00 | -$251,198.55 | PD |
| 8/9/2018 | 1,920 | $52.06 | $99,955.20 | | | | | | |
| | | | | 8/30/2018 | 1,920 | $53.15 | $102,048.00 | $2,092.80 | |
| 9/4/2018 | 1,200 | $51.61 | $61,932.00 | | | | | | |
| 10/4/2018 | 6,761 | $44.70 | $302,216.70 | | | | | | |
| | | | | 10/25/2018 | 6,900 | $36.41 | $251,229.00 | | |
| | | | | 10/25/2018 | 720 | $36.31 | $26,143.20 | | |
| | | | | 10/25/2018 | 341 | $36.05 | $12,293.05 | -$74,483.45 | PD |
| 10/4/2018 | 2,360 | $44.70 | $105,492.00 | | | | | | |
| | | | | 10/9/2018 | 50 | $42.04 | $2,102.00 | | |
| | | | | 10/9/2018 | 10 | $41.61 | $416.10 | | |
| | | | | 10/10/2018 | 1,000 | $41.71 | $41,710.00 | | |
| | | | | 10/10/2018 | 1,000 | $41.74 | $41,740.00 | | |
| | | | | 10/12/2018 | 300 | $42.14 | $12,642.00 | -$6,881.90 | |
| | 321,988 | | $17,872,634.33 | | | | $16,627,694.54 | -$1,244,939.79 | Net Overall Gains/Losses Acc. #4 (LIFO Basis) |

-$1,481,736.31 Gross Losses Acc. #4

-$1,474,704.41 Losses Following Partial Disclosures

-$91,270.14 Account 1
-$14,948.82 Account 2
-$2,136.53 Account 3
-$1,474,704.41 Account 4

-$1,583,059.90 Total Losses Attributable to the Fraud

**-$1,353,295.28 Net Overall Losses (Including Gains)**

* = Pursuant to 15 U.S.C. § 78u–4(e)(1), the "sales" price of held shares is calculated by averaging the "trading price of the security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."

PD = Loss is attributable to the alleged fraud because shares were sold during the Class Period, but held through a partial disclosure, which occurred on October 15, 2018.