# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| VANCE KNIFFIN, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | **No. 1:19-cv-00678** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER, | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| KJELL ROJVALL, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | **No. 1:19-cv-00990** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, AND DAVID A. ZINSNER, | ) ) ) ) | |
| Defendants. | ) ) | |

(additional case caption continued on following page)

|  |  |  |
|---|---|---|
| DAVIN M. POKOIK, Individually And On Behalf of All Others Similarly Situated, | ) ) ) | **No. 1:19-cv-02136** |
| Plaintiff, | ) ) ) |  |
| vs. | ) ) ) |  |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, AND DAVID A. ZINSNER, | ) ) ) ) |  |
| Defendants. | ) ) ) |  |

### DECLARATION OF DR. EARLE THORNHILL IN SUPPORT OF HIS MOTION TO CONSOLIDATE RELATED ACTIONS TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

I, Dr. Earle Thornhill, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration in support of my Motion to Consolidate Related Actions to Be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel in the above-captioned actions against Micron Technology, Inc. ("Micron" or the "Company"). I have personal knowledge of the matters herein.

2.      I am a resident of Texas. I am a board-certified internist and Medical Director of Reliant Physicians in Beaumont, Texas. I graduated from Pratt Institute with a B.S. in Mechanical Engineering in 1986 before obtaining a M.S. in Mechanical Engineering from Polytechnic University in 1989. I then attended The University of Texas Medical Branch at Galveston and obtained my M.D. in 2001. I have invested in the stock market for over 20 years. As set forth in my motion for appointment as Lead Plaintiff and supporting papers, I suffered substantial losses from my investments in Micron securities during the Class Period. I am familiar with the facts and circumstances that are the subject matter of this litigation. I

understand the responsibilities and obligations with which a lead plaintiff is charged under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which include acting as a fiduciary for all class members, staying informed about this litigation, and overseeing lead counsel. I accept these responsibilities and am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery.

3.    I understand that, if appointed, it is my duty as Lead Plaintiff to take an active role in the prosecution of the case, including communicating regularly with and supervising Counsel, monitoring the progress of the case, providing input into litigation decisions and strategies, and evaluating the strengths and weaknesses of the case and prospects for resolution in consultation with my counsel. I am committed to ensuring this Action is prosecuted vigorously on behalf of the Class.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing facts are true and correct.

Dated: 3/25/2019

Dr. Earle Thornhill