UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE KNIFFIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, and DAVID A. ZINSNER,<br><br>Defendants. | Case No.  1:19-cv-00678-WHP<br><br>NOTICE OF NON-OPPOSITION OF THE MICRON INVESTOR GROUP TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| KJELL ROJVALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER,<br><br>Defendants. | Case No.  1:19-cv-00990-WHP |
| DAVIN M. POKOIK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER<br><br>Defendants. | Case No.  1:19-cv-02136-WHP |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

On March 25, 2019, Anwer Ali, Hasnain Darwala, and Fernando Camarce (collectively, the "Micron Investor Group") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), for an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the Micron Investor Group as Lead Plaintiff; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 31.

Having reviewed the competing motions before the Court filed by other putative class members, the Micron Investor Group does not appear to have the greatest financial interest in the Related Actions and does not oppose the competing motions.  This notice of non-opposition shall have no impact on the membership of the Micron Investor Group's members in the proposed class or their right to share in any recovery obtained for the benefit of class members.

Dated:  April 5, 2019                              Respectfully submitted,

                                                   POMERANTZ LLP

                                                   /s/ Jeremy A. Lieberman
                                                   Jeremy A. Lieberman
                                                   J. Alexander Hood II
                                                   Jonathan Lindenfeld
                                                   600 Third Avenue, 20th Floor
                                                   New York, NY 10016
                                                   Telephone: (212) 661-1100
                                                   Facsimile: (212) 661-8665
                                                   Email: jalieberman@pomlaw.com
                                                   Email: ahood@pomlaw.com
                                                   Email: jlindenfeld@pomlaw.com

                                                   POMERANTZ LLP
                                                   Patrick V. Dahlstrom
                                                   Ten South LaSalle Street, Suite 3505
                                                   Chicago, Illinois 60603
                                                   Telephone: (312) 377-1181
                                                   Facsimile: (312) 377-1184
                                                   Email:  pdahlstrom@pomlaw.com

1

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

2