UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| VANCE KNIFFIN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:19-cv-00678-WHP |
| Plaintiff, | : | <u>CLASS ACTION</u> |
| vs. | : | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA and DAVID A. ZINSNER, | : | |
| Defendants. | : | |
| KJELL ROJVALL, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:19-cv-00990-WHP |
| Plaintiff, | : | <u>CLASS ACTION</u> |
| vs. | : | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK and DAVID A. ZINSNER, | : | |
| Defendants. | : | |
| DAVIN M. POKOIK, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:19-cv-02136-WHP |
| Plaintiff, | : | <u>CLASS ACTION</u> |
| vs. | : | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK and DAVID A. ZINSNER, | : | |
| Defendants. | : | |
| | x | |

**THE SEAFARERS FUNDS' RESPONSE TO COMPETING
LEAD PLAINTIFF MOTIONS**

Nine competing motions were filed by investors pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") seeking appointment as lead plaintiff: (1) Seafarers Pension Plan, Seafarers Health and Benefits Plan, Seafarers Vacation Plan, United Industrial Workers Pension Plan, Seafarers Officers & Employees Pension Plan, Seafarers Money Purchase Pension Plan, and MCS Supplementary Pension Plan (collectively, the "Seafarers Funds"); (2) Anwer Ali, Hasnain Darwala, and Fernando Camarce; (3) Bharat Chandak; (4) The State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island; (5) James Ferraro and Ferraro Family Foundation Inc.; (6) Frank Mobassery; (7) Novriyanto Lius and Thomas Fish; (8) Dhiru Z. Patel, Cetin Kayaer, and Alexandru Vintu; and (9) Dr. Earle Thornhill.  The PSLRA instructs courts to appoint as lead plaintiff the presumptively "most adequate plaintiff," that is the movant which both: (1) possesses "the largest financial interest in the relief sought by the class"; and (2) "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I).

After assessing the competing motions, it appears that the Seafarers Funds do not assert the largest financial interest.  Nonetheless, if the Court determines that it has not received sufficient information as to the typicality and adequacy of the movants asserting a largest financial interest, the Seafarers Funds remain willing and able to fulfill the lead plaintiff role.

DATED:  April 8, 2019                         Respectfully submitted,

                                              ROBBINS GELLER RUDMAN
                                                & DOWD LLP
                                              SAMUEL H. RUDMAN
                                              DAVID A. ROSENFELD


                                                    *s/ David A. Rosenfeld*
                                              DAVID A. ROSENFELD

- 1 -

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 8, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
     & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

# Mailing Information for a Case 1:19-cv-00678-WHP Kniffin v. Micron Technology, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Douglas Gregory Blankinship**
  gblankinship@fbfglaw.com

- **Richard William Gonnello**
  rgonnello@faruqilaw.com,msullivan@faruqilaw.com,ecf@faruqilaw.com,klenahan@faruqilaw.com,dbehnke@faruqilaw.com

- **Avi Josefson**
  avi@blbglaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Eduard Korsinsky**
  ek@zlk.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,dawn.hartman@ksfcounsel.com,kimmiller225@yahoo.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,managingclerk@stblaw.com,nanderson@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

State of Rhode Island Office of the General Treasurer, on behalf of the Employees Retirement System of Rhode Island
,