# EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE KNIFFIN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00678-WHP |
| Plaintiff, | |
| v. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, and DAVID A. ZINSNER, | |
| Defendants. | |
| KJELL ROJVALL, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00990-WHP |
| Plaintiff, | |
| v. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER, | |
| Defendants. | |
| DAVIN M. POKOIK, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-02136-WHP |
| Plaintiff, | |
| v. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER, | |
| Defendants. | |

**JOINT DECLARATION IN SUPPORT OF NOVRIYANTO LIUS AND THOMAS FISH'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Novriyanto Lius and Thomas Fish, respectfully submit this Joint Declaration in support of our motion for appointment as Lead Plaintiffs and approval of our selection of Glancy Prongay and Murray LLP ("GPM") as Lead Counsel in the instant class action on behalf of investors in the securities of Micron Technology, Inc. ("Micron" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2.      I, Novriyanto Lius, live in Singapore. I earned a Bachelor's Degree in Banking and Finance from University of London in Singapore. I currently operate a fruit trading business and manage real estate properties. I have been investing since 2010.

3.      I, Thomas Fish, live in Virginia. I have been investing for over 20 years. I currently own and operate an online retail and wholesale business selling collectibles.

4.      We believe that the securities class action against Micron is meritorious and should be led by investors that are committed to maximizing the recovery on behalf of the class. Moreover, we recognize that we are like-minded investors who suffered substantial losses in our investments in Micron securities. It is for these reasons that we decided to seek joint appointment as Lead Plaintiff in the action.

5.      Prior to submitting our Lead Plaintiff Motion: (a) we were aware of each other and communicated with one another; (b) we agreed to move for appointment as a Lead Plaintiff group; (c) we were aware of the responsibilities and duties of being a Lead Plaintiff; (d) we shared our contact information with each other and counsel for communications relating to the

JOINT DECLARATION

1

case; and (e) we communicated with GPM about our lead plaintiff motion, the strength of the case, and the next steps in the litigation.

6.     We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary obligations to the Class. We recognize that in the event of a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

7.     In furtherance of our responsibilities as Lead Plaintiff, we have shared our contact information and plan to communicate with each other and counsel. To this end, in addition to communications with counsel about this action prior to and after the filing of the Lead Plaintiff motion, a conference call was held to discuss, among other things: the strength of the claims against Defendants; a strategy for prosecuting the action; the benefits that the class would receive from our leadership; the shared desire of both of us to achieve the best possible result for the class; the group's interest in prosecuting the case in a collaborative, likeminded manner; and the actions that we will take to continue to ensure that the class's claims will be zealously and efficiently litigated.

8.     We also understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action of counsel to ensure the action is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, we selected GPM to serve as Lead Counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, we agree that the GPM is well-qualified to represent the class. Moreover, GPM has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the

best possible result for the class. We will continue to supervise counsel and actively oversee the

prosecution of the action for the benefit of the class by, among other things, reviewing pleadings,

instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 6 april day of April 2019.

DocuSigned by:

08DBBBCF856141F...ius

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 4/5 day of April 2019.

DocuSigned by:

Thomas Fish

FF1D2E0EA9134EC...

JOINT DECLARATION

3