**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VANCE KNIFFIN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:19-cv-00678-WHP |
| Plaintiff, | Hon. William H. Pauley III |
| v. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, AND DAVID A. ZINSNER, | |
| Defendants. | |
| KJELL ROJVALL, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:19-cv-00990-WHP |
| Plaintiff, | Hon. William H. Pauley III |
| v. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER, | |
| Defendants. | |
| DAVIN M. POKOIK, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:19-cv-02136-WHP |
| Plaintiff, | Hon. William H. Pauley III |
| v. | |
| MICRON TECHNOLOGY, INC., SANJAY MEHROTRA, ERNEST E. MADDOCK, and DAVID A. ZINSNER, | |
| Defendants. | |

**DECLARATION OF EDUARD KORSINSKY IN FURTHER SUPPORT OF THE MOTION OF THE MICRON INVESTOR GROUP FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION <u>OF COUNSEL</u>**

I, Eduard Korsinsky, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Dhiru Z. Patel, Cetin Kayaer, and Alexandru Vintu (collectively, the "Micron Investor Group" or "Movant") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibit, in further support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as lead plaintiff, and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class and in opposition to the remaining competing motions for appointment as lead plaintiff.

3.    Attached hereto as the exhibits is a true and correct copy of the following:

Exhibit A:    Second Joint Declaration of Dhiru Z. Patel, Cetin Kayaer, and Alexandru Vintu.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: April 8, 2019                    Respectfully Submitted,

                                        **LEVI & KORSINSKY, LLP**

                                        By: */s/ Eduard Korsinsky*
                                        Eduard Korsinsky (EK-8989)
                                        55 Broadway, 10th Floor
                                        New York, NY 10006
                                        Tel: (212) 363-7500
                                        Fax: (212) 363-7171
                                        Email: ek@zlk.com


                                        *Lead Counsel for Movant and [Proposed]*
                                        *Lead Counsel for the Class*

2