**SECOND JOINT DECLARATION IN SUPPORT OF THE
MICRON INVESTOR GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, declare as follows, pursuant to 28 U.S.C. §1746:

1.     We, Dhiru Patel ("Patel"), Cetin Kayaer ('Kayaer"), and Alexandru Vintu ("Vintu") (collectively, the "Micron Investor Group") respectfully submit this Second Joint Declaration in further support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2.     Since the filing of our motion, we have remained informed about the status of the Actions and the progression of the lead plaintiff motions and communicated through email.

3.     We are informed of the results of our Motion and understand that eight other movants have also filed motions seeking appointment as lead plaintiff.

4.     We understand that Mr. Patel claims the largest individual loss of any movant seeking appointment as lead plaintiff.

5.     On April 5, 2019, we held a joint call to discuss the merits of our motion and all other lead plaintiff motions filed. We discussed that our group has the largest loss of any movant that also satisfies Rule 23 by providing the Court with evidence of our ability and desire to work together cooperatively to obtain the best result possible for Micron shareholders.

6.     We also discussed during the call that Mr. Patel claims the largest individual loss of any movant before the Court.

7.     We continue to agree that our combined efforts and knowledge will better represent the Class as a whole, and that the Actions would be better managed by working together to ensure that the claims are litigated efficiently, vigorously, and in the best interest of the Class.

8.     However, we agree that, should the Court determine this Action would be best

managed by a single lead plaintiff as opposed to a group, then we support Mr. Patel's motion on an individual basis as Mr. Patel has the largest individual loss of any movant.  We base this decision in large part based on our confidence that Mr. Patel would adequately represent our interests and those of the class as a whole developed through our calls and communications since the inception of this case.

9.    We are committed to litigating this Action and to recover the damages we and the entire Class of Micron shareholders have suffered.  As such we are willing to act in the manner that would best accomplish this goal.

I, Dhiru Patel, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April 2019.

Signed:

NAME: Dhiru Z Patel

I, Cetin Kayaer, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April 2019.

Signed:

NAME: Cetin Kayaer

I, Alexandru Vintu, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April 2019.

Signed:    *Alex Vintu*

NAME: Alexandru Vintu

1