# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number

+1-212-455-3539

**MEMO ENDORSED**

E-mail Address

jyoungwood@stblaw.com

BY ECF AND MAIL                                         September 10, 2019

                    Re:    *In re Micron Technology, Inc. Securities Litigation*, No.
                           19-cv-00678

The Honorable William H. Pauley III
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Dear Judge Pauley:

        We represent the Defendants in the above-captioned action and write to request rescheduling of oral argument currently calendared on November 8, 2019 at 10:00 a.m. due to a personal conflict that was not foreseeable at the time of the pre-motion conference. Plaintiff's counsel consents to this request, and all counsel are available the afternoon of November 8 between 2:00 p.m. and 4:00 p.m.  No previous requests to reschedule oral argument have been made.

                                        Respectfully Submitted,

                                        /s/ Jonathan K. Youngwood

                                        Jonathan K. Youngwood

    cc:    All Counsel of Record (via ECF)

**Application granted.  The oral argument set for
November 8, 2019 at 10:00 a.m. is adjourned to
November 8, 2019 at 3:00 p.m.**

Dated: September 10, 2019                          SO ORDERED:
       New York, New York

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

BEIJING     HONG KONG     HOUSTON     LONDON     LOS ANGELES     PALO ALTO     SÃO PAULO     TOKYO     WASHINGTON, D.C.