UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Micron Technology, Inc. Securities Litigation | Case No. 1:19-cv-00678-WHP <br><br> Hon. William H. Pauley III |

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, on April 30, 2019, the Court entered an Order consolidating three federal securities class actions against Micron Technology, Inc., Sanjay Mehrotra, Ernest E. Maddock, and David A. Zinsner (collectively, "Defendants") and appointing Thomas Fish ("Lead Plaintiff") as lead plaintiff (ECF No. 68);

WHEREAS, on June 15, 2019, Lead Plaintiff filed an Amended Consolidated Class Action Complaint (ECF No. 76);

WHEREAS, on July 31, 2019, the parties appeared for an initial pre-trial and pre-motion conference regarding Defendants' anticipated motion to dismiss, after which the Court entered an Order setting the schedule for briefing the motion (ECF No. 82);

WHEREAS, on September 6, 2019, Defendants filed their motion to dismiss the Amended Consolidated Class Action Complaint (ECF Nos. 85-87);

WHEREAS, after reviewing Defendants' motion to dismiss, Lead Plaintiff has determined not to oppose the motion and to voluntarily dismiss the above-captioned action pursuant to Rule 41 of the Federal Rules of Civil Procedure;

WHEREAS, the parties have agreed that each party shall bear its own costs and attorneys' fees and that no party asserts that any of the parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure; and

WHEREAS, the parties have not exchanged monetary consideration or agreed to any terms other than what are set forth in this document in connection with this voluntary dismissal.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, subject to the Court's approval, as follows:

1.  The above-captioned action is dismissed with prejudice as to Lead Plaintiff and without prejudice as to unnamed class members; and

2.  The parties shall each bear its own costs and attorneys' fees.

DATED: October 2, 2019

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: _/s/ Joshua L. Crowell_
Joshua L. Crowell (JC-0914)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 201-9150

*Lead Counsel for Lead Plaintiff Thomas Fish and the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Jing Chen
275 Madison Avenue, 34th Floor
New York, New York 10016
(212) 686-1060

*Additional Counsel for Lead Plaintiff and the Class*

DATED: October 2, 2019

**SIMPSON THACHER & BARTLETT LLP**

By: _/s/_ /MV
Jonathan K. Youngwood
Janet A. Gochman
Dean McGee
425 Lexington Ave.
New York, New York 10017-3954
(212) 455-2000

*Attorneys for Defendants Micron Technology, Inc., Sanjay Mehrotra, Ernest E. Maddock, and David A. Zinsner*

Dated: October 3, 2019
New York, New York

SO ORDERED:

_/s/ William H. Pauley_
WILLIAM H. PAULEY III
U.S.D.J.

2